**E-FILED**
Wednesday, 31 May, 2006  10:04:25 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD, DIVISION

| | |
|---|---|
| **LISA GIACOMINI-FAY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 06 CV 3104 |
| | ) |
| **MERCK & CO., INC.,** | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF INTEREST

The undersigned, Frederick J. Schlosser, attorney for Plaintiff, furnishes the following in compliance with Rule 11.3 of this Court:

1. I represent the Plaintiff, LISA GIACOMINI-FAY, in the above-captioned lawsuit.

2. The Defendant, MERCK & CO., INC., is a corporation.

3. I am a partner with the law firm of Gates, Wise & Schlosser, P.C., 1231 S. Eighth Street, Springfield, IL 62703

                                                  Respectfully submitted,
                                                  LISA GIACOMINI FAY, Plaintiff

May 31, 2006                                    /s/<u>Bradley B. Wilson</u>

Bradley B. Wilson (#6238373)
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703
(217) 522-9010