AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

SPRINGFIELD DIVISION

LISA GIACOMINI-FAY,
    Plaintiff,

v.

MERCK & CO., INC.,
    Defendant.

**APPEARANCE**

Judge Jeanne E. Scott
Magistrate Judge Charles H. Evans

Case Number: 3:06-cv-03104-JES-CHE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Merck & Co., Inc.



FILED
AUG 0 2 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I certify that I am admitted to practice in this Court.

July 24, 2006
Date

s/ S. Leigh Jeter
Signature

Sheldon Leigh Jeter      6237382
Print Name      Bar Number

55 E. Monroe Street, Suite 4200
Address

Chicago      IL      60603-5803
City      State      Zip Code

(312) 346-8000      (312) 269-8869
Phone Number      Fax Number