E-FILED
Wednesday, 02 August, 2006  03:24:03 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

|  CENTRAL  | DISTRICT OF |  ILLINOIS  |

SPRINGFIELD DIVISION

LISA GIACOMINI-FAY,
    Plaintiff,

v.

MERCK & CO., INC.,
    Defendant.

**APPEARANCE**
Judge Jeanne E. Scott
Magistrate Judge Charles H. Evans

Case Number:  3:06-cv-03104-JES-CHE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Defendant Merck & Co., Inc.



FILED
AUG 02 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    I certify that I am admitted to practice in this court.

    My Motion for Reciprocal Admission, pursuant to Local Rule 83.5(D),
    is filed concurrently herewith.

7/25/02
Date

s/ Steven J. Pearlman
Signature

| Steven J. Pearlman | 6278213 |
|---|---|
| Print Name | Bar Number |
| 55 E. Monroe Street, Suite 4200 | |
| Address | |
| Chicago | IL | 60603-5803 |
| City | State | Zip Code |
| (312) 346-8000 | (312) 269-8869 |
| Phone Number | Fax Number |