## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD, DIVISION

| | | |
|---|---|---|
| LISA GIACOMINI-FAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Jeanne F. Scott |
| v. | ) | |
| | ) | Magistrate Judge Charles E. Evans |
| MERCK & CO., INC., | ) | |
| | ) | Case No.   3:06-CV-03104 |
| Defendant. | ) | |

### PLAINTIFF'S ANSWER TO AFFIRMATIVE DEFENSES

*NOW COMES* the Plaintiff, LISA GIACOMINI-FAY, by and through her attorneys, GATES, WISE & SCHLOSSER, P.C., and for her Answer to Affirmative Defenses states as follows:

1.  The Plaintiff denies the allegation in paragraph 1 of Defendant's Affirmative Defenses.

2.  The Plaintiff denies the allegation in paragraph 2 of Defendant's Affirmative Defenses.

3.  The Plaintiff denies the allegation in paragraph 3 of Defendant's Affirmative Defenses.

4.  The Plaintiff denies the allegations in paragraph 4 of Defendant's Affirmative Defenses.

5.  The Plaintiff denies the allegations in paragraph 5 of Defendant's Affirmative Defenses.

DATED: August 11, 2006                    Respectfully Submitted,

**LISA GIACOMINI FAY**,

By: _____\s\Bradley B. Wilson_____
            One of Her Attorneys


Bradley B. Wilson
***GATES, WISE & SCHLOSSER, P.C.***
1231 South Eighth Street
Springfield, IL 62703
Tel: (217) 522-9010
Fax: (217) 522-9020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

S Leigh Jeter (ljeter@seyfarth.com)
Steven J. Pearlman (spearlman@seyfarth.com)

                                            s/Bradley B. Wilson
                                            Bradley B. Wilson Bar #6238373
                                            Gates, Wise & Schlosser, P.C.
                                            1231 South Eighth Street
                                            Springfield, Illinois  62703
                                            Telephone: 217/522-9010
                                            Facsimile: 217/522-9020
                                            E-mail: brad@gwspc.com