**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD, DIVISION**

| | |
|---|---|
| LISA GIACOMINI-FAY, | ) |
| Plaintiff, | ) ) ) Judge Jeanne F. Scott |
| v. | ) ) Magistrate Judge Charles E. Evans |
| MERCK & CO., INC., | ) ) Case No. 3:06-CV-03104-JES-CHE |
| Defendant. | ) |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that effective Monday, August 21, 2006, the Chicago office of Seyfarth Shaw LLP, counsel for Defendant Merck & Co., Inc. in the above-captioned matter, will move to a new location, and change its telephone and facsimile numbers. The following is the undersigned's new address and contact information effective August 21, 2006:

>131 S. Dearborn Street
>Suite 2400
>Chicago, Illinois  60603
>(312) 460-5000 (main telephone number)
>(312) 460-7000 (facsimile)

DATED:  August 18, 2006            Respectfully submitted,

                                    MERCK & CO., INC.

S. Leigh Jeter
Steven J. Pearlman
SEYFARTH SHAW LLP                  By:  s/Steven J. Pearlman
131 South Dearborn Street                  One of Its Attorneys
Suite 2400
Chicago, Illinois 60603
(312) 460-5000 (telephone)

CH1 11101929.1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following by causing it to be sent via electronic filing transmission, on this 18th day of August, 2006.

        Bradley B. Wilson, Esq.
        GATES, WISE & SCHLOSSER, P.C.
        South Eighth Street
        Springfield, IL 62703
        Tel: (217) 522-9010
        Fax: (217) 522-9020

        /s Steven J. Pearlman