E-FILED
Tuesday, 12 September, 2006  12:27:36 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| LISA GIACOMINI-FAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  3:06 - CV- 03104 |
| | ) | |
| MERCK & CO., INC. | ) | |
| | ) | |
|    Defendant. | ) | |

### JOINTLY PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26.2, meetings were held on August 30, 2006 and September 11, 2006 between BRADLEY B. WILSON, counsel for Plaintiff LISA GIACOMINI-FAY and STEVEN J. PEARLMAN, counsel for Defendant MERCK & CO., INC.  The parties have agreed upon the following discovery plan and scheduling deadlines.

    A.    In this matter, Plaintiff contends that Defendant discriminated against Plaintiff in violation of Section 701(k) of the Civil Rights Act of 1964, 42 U.S.C. Section 2000e-2(a)(1).  Discovery will be needed on Plaintiff's claims, on Defendant's defenses, and on Plaintiff's damages.  At this time, the parties do not believe that discovery should be conducted in phases or that a protective order will be necessary, but the parties reserve the right to seek these forms of relief from the Court at a future time.

    B.    The parties have agreed to exchange Rule 26(a)(1) disclosures by October 31, 2006.

    C.    The deadline for adding parties will be September 29, 2006.

D. The deadline for amending the pleadings will be September 29, 2006.

E. Plaintiff will provide Rule 26(a)(2) expert materials on all issues to Defendant by February 15, 2007.

F. Defendant will provide its Rule 26(a)(2) expert materials to Plaintiff by April 15, 2007.

G. Plaintiff proposes that all remaining fact discovery will be completed by and all discovery motions will be filed by September 1, 2007.  Defendant proposes that all remaining fact discovery will be completed by and all discovery motions will be filed by March 1, 2007.

H. Plaintiff proposes that all dispositive motions will be due by October 1, 2007. Defendant proposes that all dispositive motions will be due by April 1, 2007.

I. This matter will be ready for trial within 90 days of a ruling on any dispositive motions which may be filed.  The parties expect jury selection and the presentation of their case to take five (5) days in total.

| | |
|---|---|
| September 12, 2006<br>Date | s/Bradley B. Wilson<br>Attorney for Plaintiff<br>Bradley B. Wilson (#6238373)<br>Gates, Wise & Schlosser, P.C.<br>1231 South Eighth Street<br>Springfield, IL 62703 |
| September 12, 2006<br>Date | s/Steven J. Pearlman<br>Attorney for Defendant<br>Steven J. Pearlman<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven J. Pearlman (spearlman@seyfarth.com)

                                        s/Bradley B. Wilson
                                        Bradley B. Wilson Bar #6238373
                                        Gates, Wise & Schlosser, P.C.
                                        1231 South Eighth Street
                                        Springfield, Illinois  62703
                                        Telephone: 217/522-9010
                                        Facsimile: 217/522-9020
                                        E-mail: brad@gwspc.com