IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | |
|---|---|
| LISA GIACOMINI-FAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., )<br>)<br>Defendant. ) | NO. 06-3104 |

SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on ,September 19, 2006, with Attorneys Bradley Wilson and Steven Pearlman.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after September 29, 2006.

2. August 31, 2007, to complete all discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before August 31, 2007.

3. October 1, 2007, to file dispositive motions.
   No dispositive motions filed after October 1, 2007, will be considered by the Court.

4. January 7, 2008, at 11:00 a.m. for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

5. January 8, 2008, at 9:00 a.m. for trial on the trailing trial calendar.

    6.    <u>February 15, 2007</u>, for plaintiff to identify testifying experts and provide Rule 26 reports.

<u>April 15, 2007</u>, for defendant to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE:  A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED:  September 19, 2006.

COPIES SENT TO:  All attorneys of record.

                                                s/Charles H. Evans
                                              CHARLES H. EVANS
                                       United States Magistrate Judge