IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **LISA GIACOMINI-FAY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No.  06-CV-3104 |
| ) | |
| **MERCK & CO., INC.** ) | |
| ) | |
| **Defendant.** ) | |

### CERTIFICATE OF SERVICE
### FOR PLAINTIFF'S INTERROGATORIES

The undersigned employee of GATES, WISE & SCHLOSSER, P.C., on oath states:

That the Plaintiff's Interrogatories were served upon each of the addresses hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addresses, affixing first class postage thereto, and depositing the same with the U.S. Mail at Springfield, Illinois on this 20th day of September, 2006, at 5:00 p.m., in Springfield, IL:

*Copy:*   Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603


I hereby certify that on September 20, 2006, I electronically filed the **Certificate of Service for Plaintiff's Interrogatories** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603


**s/Bradley B. Wilson**
Bradley B. Wilson, Bar Number: 6238373
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703
Telephone: 217/522-9010
Fax: 217/522-9010

E-Mail: brad@gwspc.com