E-FILED
Wednesday, 01 November, 2006 10:37:36 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATED DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **LISA GIACOMINI-FAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 06-CV-3104** |
| | ) | |
| **MERCK & CO., INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURES**

*NOW COMES* the Plaintiff, LISA GIACOMINI-FAY, by and through her attorneys, GATES, WISE & SCHLOSSER, and for her Initial Disclosures pursuant to Fed. R. Civ. P Rule 26(a)(1) states as follows:

***A) Persons with discoverable information.***

1) Leslie Schwartz

Plaintiff does not possess a current address for this witness.
Home phone number: (217) 656-3809

Ms. Schwartz applied for the job share position with Plaintiff and was denied. Ms. Schwartz took pregnancy leave prior to denial of her request for job sharing.

2) Tanya McShane

Plaintiff does not possess a current address.
Home phone number: (217) 544-2011

This witness may have information regarding negative comments directed towards pregnant employees of Defendant by Defendant's managerial and supervisory employees.

3) Rochelle Hubbell

Plaintiff does not possess a current address or phone number for this witness. Plaintiff believes that this individual is still employed by Defendant and, as a result, Defendant possesses a current phone number and address for this witness.

This witness may have information regarding negative comments directed towards pregnant employees of Defendant by Defendant's managerial and supervisory employees.

4) Dicie Turnbull

Plaintiff does not possess a current address or phone number for this witness. Plaintiff believes that this individual is still employed by Defendant and, as a result, Defendant possesses a current phone number and address for this witness.

This witness may have information regarding negative comments directed towards pregnant employees of Defendant by Defendant's managerial and supervisory employees. This witness took pregnancy leave while employed by Defendant. Sarah Sullivan denied her opportunity to interview for promotion.

5) Cindy Stephenson

Plaintiff does not possess a current address or phone number for this witness. Plaintiff believes that this individual is still employed by Defendant and, as a result, Defendant possesses a current phone number and address for this witness.

This witness worked Plaintiff's territory during Plaintiff's pregnancy leave. This witness may have information regarding the reasons that Plaintiff was denied the Vioxx Specialty Rep position.

6) Thomas Spradlin

Plaintiff does not possess a current address or phone number for this witness. Plaintiff believes that this individual is still employed by Defendant and, as a result, Defendant possesses a current phone number and address for this witness.

This witness was the Vioxx Specialty Manager at the time Plaintiff applied for the Vioxx Specialty Rep position. He may have information regarding Plaintiff's desire to interview for the Vioxx Speciality Rep position and the reasons why Plaintiff was denied the Vioxx Specialty Rep position.

7) Beth Hudson

1638 Bates Ave.
Springfield, Illinois 62704
Home Phone Number: 217-698-0477

This witness has information pertaining to Plaintiff's job performance.

8) Stacey Herman

1331 Bates Ave.
Springfield, Illinois 62704
Home Phone Number: (217) 787-6989

This witness has information pertaining to Plaintiff's job performance. This witness may also have information regarding Defendant's treatment of people who took pregnancy leave.

9) Kirk Thompson

Plaintiff does not possess a current address for this witness.
Home Phone Number: (217) 787-1192

This witness may have information regarding Plaintiff's job performance. This witness may also have information regarding the hostile work environment and discrimination experienced by Plaintiff.

10) Dan Holden

Plaintiff does not possess a current address for this witness.
Home Phone Number: (217) 483-2434

This witness may have information regarding Plaintiff's job performance. This witness may have information as to the reasons Plaintiff was not allowed to interview for vaccine rep position. This witness was allowed to interview for the vaccine rep position, was a successful candidate for the vaccine rep position, and was trained by Plaintiff after he was given the vaccine rep position.

11) Sarah Sullivan-Bigelow

Plaintiff does not possess a current address or phone number for this witness. Plaintiff believes that this individual is still employed by Defendant and, as a result, Defendant possesses a current phone number and address for this witness.

This witness may have information regarding Plaintiff's job performance. This witness may have information as to the reasons Plaintiff was not allowed to interview for the vaccine rep position. This witness was allowed to interview for the vaccine rep position.

***B) Documents or tangible items which the Defendant has in its control.***

Plaintiff discloses the following documents in her possession:

See attached documents.

***C) Computation of any category of damages.***

Plaintiff is seeking an award sufficient to compensate her for the loss of salary and benefits resulting from Defendant's discriminatory acts. Plaintiff is also seeking compensation for her mental distress, humiliation, inconvenience, loss of enjoyment of life, and loss of reputation.

***D) Applicable insurance policies.***

N/A

Respectfully Submitted,
Lisa Giacomini-Fay, Plaintiff

By: [signature]
One of her Attorneys.

Bradley B. Wilson (# 6238373)
***GATES, WISE & SCHLOSSER, P.C.***
1231 South Eighth Street
Springfield, IL 62703
Tel: (217) 522-9010
Fax: (217) 522-9020

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

S Leigh Jeter (ljeter@seyfarth.com)
Steven J. Pearlman (spearlman@seyfarth.com)

s/Bradley B. Wilson
Bradley B. Wilson Bar #6238373
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, Illinois 62703
Telephone: 217/522-9010
Facsimile: 217/522-9020
E-mail: brad@gwspc.com

E-FILED
Wednesday, 01 November, 2006 10:38:33 AM
Clerk, U.S. District Court, ILCD

**Lisa M.Giacomini-Fay**
**6204 MacKenzie Place**
**Springfield, Illinois 62707**
**(217) 483-7952 / 341-2853 (cell)**

**Objective:**
To obtain a career advancement within the pharmaceutical/biotech industry as a specialty representative..

**Professional Experience:**
**Merck & Co, Inc.**, Whitehouse Station, New Jersey 1998- present
*Professional Sales Representative II, Vice Presidents Club*
Professional sales representative with focus on results with strong work ethic to maximize sales. Broad understanding of cardiovascular, osteoarthritis, osteoporosis, gerd and hair loss.
*Vice President Club Winner 2003
*Increased market share for key products in 2002 and 2003.
*Responsible for data analysis and tactical plan for key products.
*Developed effective routing for ten representatives to maximize time and resource utilization with desired sales results.
*Finished top 3 out of Region in market share growth Dash for the Cash (2003)
*Finished Runner up in Heartland Region Fast Start Award (2002)
*Implemented Key formulary pricing contract for Hospitals
*Presenter to District team new product data
*District Mentor
*Class Counselor
*Numerous "Awards of Excellence" and "Do It Awards"

**Springfield Public School District**, Springfield Illinois 1995-1998
*Speech Language Pathologist*
Plan, Evaluate and treat children for speech and language disorders. Diagnostic testing, planning and therapy for children 3 –12 years of age. Communicate daily with staff, teachers, social workers, psychologist and parents. Organize and maintain caseload of 60 students. Student Assistant Advisor.

**Memorial Medical Center**, Springfield, Illinois 1995-1998
*Speech Language Pathologist*
Evaluate, plan, diagnostics and treatment of adults and children for speech and language disorders. Effectively worked with head injury and stroke patients as well as children with various speech language impairments. Worked closely with physicians, nurses, occupational therapist, physical therapist and family members of patients. Worked in both inpatient and outpatient rehabilitation.

**Education:**
**Southern Illinois University at Edwardsville**, Edwardsville Illinois 1995
*Masters of Science in Communication Disorders*

**University of Memphis**, Memphis, Tennessee 1990
*Bachelor of Science in Psychology and Biology*



# YEAR END EMPLOYEE INPUT FORM (REPRESENTATIVE)

WEIN: 10079863

R - D – T
:28559672

NAME: Lisa Giacomini-Fay

TITLE: Sales representative

FROM: Lisa M. Giacomini-Fay

TO: Tom McKnight

I. SALES RESULTS

| | PPO | Growth |
|---|---|---|
| Vioxx | 105% | 711% |
| Fosamax | 109% | 17% |
| Singulair | 95% | 58% |
| Total | 102% | |

II. APPLICATION OF KEY SALES COMPETENCIES (Please list specific accomplishments)

**Selling Skills**
(Utilizes all elements of the Needs Based Selling Model to gain physical and mental access to targeted customers. Delivers sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provides customer with Fair Balance in sales discussions. Uses appropriate, specific, and measurable closing statements to gain commitment from the customer for product usage).

Precall planning, analyizing PDM data for key physicians, daily rapport with office staff and physicians, detail binder for strong effective details, milestone class where details are videotaped for enhancing needs based selling model, incorporating key messages at HEL programs by meeting with speaker ahead of time to review key takeaways for audience, tutorial with key physicians before and after HEL programs to ensure key elements and takeaways of message, creative use of gift baskets and FMC funds for lunches etc., detailed story binder to enhance communication of messaging of products, constant leave behinds in offices, use of support /limit, strong close and asking for the business, able to sell against the competition, scheduling and follow through in FMC lunches to gain access and build rapport while promoting products, sampling of products, #1 District in region for detailing Singulair at Training consultants meeting in Indy (July). # 7 in region in detailing Singulair at training consultants program in Indy (July).

**Product & Disease Knowledge**
(Demonstrates appropriate use of product and disease knowledge to effectively differentiate our products from the competition. Integrates product and disease knowledge, in accordance with Corporate and Federal guidelines, to support current marketing strategy. Utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products).

**Able to successfully sell vs the competition, able to use merlin and PDM data to see what the physicians are writing and able to focus messaging around specific issues for each physician, milestone courses selling with reprints (classroom and nonclassroom), incorporating reprints in my daily use of messaging with my detail story binder, utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products, singulair mission teleconfernces, fosamax once weekly teleconferences, and vioxx teleconferences, successfully completing all exams on a timely manner.**

**Customer Knowledge**
(Develops and delivers targeted sales messages based on the knowledge of customer prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making. Work cross-functionally

(NAE, Hosp & Spec) to develop and deliver targeted provider and payor messages specific to the customer and their level of participation in Managed Care.  Offer solutions to Managed Care needs where applicable).

Delivers targeted sales messages based on the knowledge of customers prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making, work crossfunctionally with spec rep, vaccine rep and hospital reps to devolop and deliver target provider and payor messages specific to the customer, attended Hamp meeting with Paul Ward and spfld counterparts, effectively analize merlin and PDM data for each specific physician, acquire key specialist to speak for HEL programs, review data before and after speaking engagement, followup with physicians attending HEL program, gaining managed care info through key pharmacist, instrumental in getting key pharmacist to attend Visiting National Consultants meeting on Singulair, and other HEL programs

**Business Management**
(Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats. Demonstrates proficiency in utilizing Insight and Merlin to effectively enter pre-call plans and post-call notes. Demonstrates judicious use of allocated resources (i.e. Samples, HEL & FMC), based on knowledge of customers and therapeutic markets, for targeted customers. Demonstrates the ability to schedule, plan and conduct effective HEL programs on identified targeted customers. Measures R.O.I. on resource allocation and makes adjustments accordingly).

**Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats, proficiency in utilizing Insight and Merlin to effectivley enter precall plans andpost call notes. Computer Excell training, Family Science Day Training. WAR and expenses in on a timely manner, OAN for product info and leave behinds. Creatie use of HEL and FMC resources. Demonstrates the ability to schedule, plan and conduct the following HEL programs for 2000:**
Feb 8 Dr Pick-              vioxx/Fosamax roundtable
Feb 25 Dr Stern          vioxx/fosamax roundtable
Mar 15 Dr Despot        Singulair roundtable
April 12/13 Dr Wolf  VNC Singulair
April 19 Dr Zinzilieta, Navins, Klien and Sweetland Fosamax remote speaker teleconf
May 5 Dr Trapp Fosamax remote speaker teleconf
May 15 Dr Trapp tutorial
May 18 Dr eagleton Tuorial
June 3 Asthma Camp for Kids Dr Alexander
June 5 American lung assoc golf display
June 11 Dr Prasad Singulair roundtable Knight's action park
July6 Dr Yap tutorial
July 22 Dr Despot roundtable Knight's action park
Aug 3 Dr Prasad lunch tutorial
Aug 31 Dr Despot roundtable
Spfld Clinic 4th floor lunches, one a month
Sept 25 Dr Fink VNC Singulair
Sept 26 Dr Fink VNC tutorial with Dr Kulkarni, Dr eagleton
Oct 12 Dr eagleton lunch tutorial
Oct 26 Dr Despot Singulair roundtable
Nov 8 Dr Carpenter Singulair program
Nov 9 Dr carpenter grand rounds
Nov 18 Dr eagleton Singulair roundtable
Nov 29 Dr Brown Dr Juranik Fosamax training consultants program

**Teamwork**
(Develops and maintains effective/productive cross-functional working relationships. Demonstrates awareness of, and leverages, strengths of diversity to maximize cross-functional skill set application. Communicates goals/objectives and demonstrates an understanding of their cross-functional impact. Executes cluster/district/region/national initiatives to ensure pull through of strategy (e.g. lead rep/point responsibilities) and proactively measures impact).

Consistent communication among clustermates, specialty reps(respiratory and vaccine), and business manager.  Consistent

communication among Business Manager to keep updated on HEL events and other issues in the field. War notes each week to Business Manager on key issues on territory. Maintains effective crossfunctional working relationships. Communicates goals and objective to other clustermates. Summarizes main takeaways for other clustermates from teleconferences, meetings and HEL programs. Executes HEL ideas and carries them out with help of teamwork from both clustermates and specilty reps. Lead point rep for Singulair, constantly keeping teammates up to date on key physicians, prescribing habits, interests and overall sales objective. Spent day in the field with new hire, helped new hire with sample transfer. Hamp meeting with Paul Ward and clustermates.

**Other Accomplishments**:
Singulair goal to control contest 2nd place, 39 completed forms returned
Two "Just Do It " Awards for successful HEL coordinating and planning of Singulair Programs.
"Award of Excellence" for Singulair Visiting National Consultants meeting (Dr. Wolfe program) (April 2000)
#7 in the region for detailing at the Indianapolis Singulair training consultants program.(July, 2000)

| EMPLOYEE'S SIGNATURE (Optional): | DATE: |
| --- | --- |

# Merck U. S. Human Health

awards this certificate to

## *Lisa Giacomini-Fay*

In recognition of your successful completion of Basic Training.

***September 1998 – Basic Training Class***

| | |
|---|---|
| Director, NCRBG Performance Enhancement Center | Coordinator, Performance Enhancement Center |
| Coordinator, Performance Enhancement Center | Coordinator, Performance Enhancement Center |

2000 OFFICERS

Sam Gaines, M.D.
*President*

Howard B. Chodash, M.D.
*President-elect*

Craig A. Backs, M.D.
*Immediate Past President*

Andrew J. Varney, M.D.
*Secretary*

David J. Bitzer, M.D.
*Treasurer*

**Board of Directors**
Donald H. Pearson, M.D.
Erik J. Constance, M.D.
Janet R. Albers, M.D.
John P. Navins, M.D.
Stephen W. Bell, M.D.
Richard L. Ellis, M.D.

**ISMS Delegates**
Donald R. Graham, M.D.
Norman J. Scheibling, M.D.
Neni Prasad, M.D.
Craig A. Backs, M.D.
W. Gerald Klingler, M.D.
Howard B. Chodash, M.D.
David J. Bitzer, M.D.
Jane L. Jackman, M.D.

**ISMS Alternate Delegates**
John M. Holland, M.D.
Jane R. Arbuthnot, M.D.
Sam Gaines, M.D.
Brian D. Miller, M.D.
Richard L. Ellis, M.D.

**ISMS District V Trustee**
Werner K. Fransen, M.D.

COMMITTEE CHAIRMEN

**Long Range Planning**
Donald R. Graham, M.D.

**Nominating**
Craig A. Backs, M.D.

**Peer Review**
Howard B. Chodash, M.D.

**Community Health/Liaison**
John M. Holland, M.D.

**Governmental Services**
W. Gerald Klingler, M.D.

**Education/Program**
Howard B. Chodash, M.D.

**New Member Welcoming**
Adarsh A. Kumar, M.D.

**Resident Representative**
Alice Lee, M.D.

**Student Representatives**
Clare T. Fadden
Mary Abusief

**SCMS Alliance President**
Doloris Gaines

# Sangamon County Medical Society

611 N. 6th Street • Springfield, IL 62702 • (217)525-0765 • FAX (217)525-0334 • E-mail scms@motion.net
Marna Metzmaker, Executive Director • Debbie Hendrickson, Executive Secretary

Sangamon County Medical Society • 1899 •

February 23, 2000

Lisa Giacomini Fay
Merck
2008 Redlands
Springfield, IL 62707

Dear Lisa:

On behalf of the Sangamon County Medical Society, I want to thank you for your sponsorship of our 100th Anniversary Gala. We were pleased that over 300 guests attended this most enjoyable and memorable event.

Please know that without your generosity, the evening would not have been possible. The Sangamon County Medical Society appreciates your support and looks forward to working with you in the future.

Sincerely,

Sam Gaines, MD
President, Sangamon County Medical Society

Jeffrey S. Huffman
Senior Business Director
U.S. Human Health

Merck & Co., Inc.
Suite 490
8440 Woodfield Crossing Boulevard
Indianapolis IN 46240
Tel 317 205 2400
Fax 317 469 0770

MERCK

February 28, 2000

Lisa Giacomini-Fay
28-55-9672

Dear Lisa:

Congratulations on your success with market share and market share change for Fosamax® Osteo in 1999. Your contribution to the success of the Indianapolis Region and your district is noteworthy. Keep the momentum going in 2000!

Please accept this discretionary award in the amount of $125.00 in recognition of your outstanding accomplishment.

Gung Ho!

Jeffrey S. Huffman
Senior Business Director

JSH:cae

C: Tom McKnight
Personnel File

 TO: Lisa Giacomini-Fay

FROM: Tom McKnight

DATE: March 29, 2000

SUBJECT: ***Do-It Award***

---

You were issued the following Do-It Award during 2000. These awards were sent without the $25 gift check attached. I have now received a supply of gift checks and am happy to present them to you for the following awards issued this year:

February 14, 2000 Excellence in HEL Planning

**"BUILDING ON EXCELLENCE"**

Tom

TM:cls



This "Do-It" Award
is Presented to

Lisa Giacomini-Fay

for

Excellence in HEL
Planning

by

Mindy Chong

02/17/2000

Jeffrey S. Huffman
Senior Business Director
U.S. Human Health

Merck & Co., Inc.
Suite 490
8440 Woodfield Crossing Boulevard
Indianapolis IN 46240
Tel 317 205 2400
Fax 317 469 0770

April 28, 2000

 MERCK

Lisa Giacomini-Fay
28-55-9672

Lisa, it is with great pleasure that I am able to present you with the enclosed discretionary award in the amount of $495. This is in recognition of your outstanding efforts with Vioxx® in the Springfield cluster. Specifically, the Coxib share for Vioxx® was ahead of the Nation at year's end, in spite of very challenging sales objectives. Job Well Done.

Thanks again for your efforts in 1999 and I look forward to sharing in your success in 2000.

Congratulations,

Jeff Huffman

Cc: T. McKnight

/cls

ACHIEVEMENT

May 2, 2000

Lisa Giacomini-Fay
2008 Redlands Drive
Springfield, IL 62707

Dear Lisa,

Tresa Tucker recently wrote me about your excellent teamwork in support of a series of joint HEL programs in the Springfield area. Tresa informed me that, working with her and Ed Duran, you coordinated cluster activity for three programs. You helped target and recruit key physicians and continuously communicated with your cluster to ensure attendance and follow-up after the programs. Because of your efforts, the team secured the attendance of a highly ranked pulmonologist who is very hard to see. This is truly an impressive accomplishment!! I am certain your efforts will contribute significantly towards achieving your sales goal for your cluster as well as those of your District.

In recognition of your fine effort, I would like to present you with this AWARD FOR EXCELLENCE for $100. You can use this award to go out to dinner and /or purchase a gift of your choice. Simply submit the receipt to Minette Wilson at the MVD Region Office in Scottsdale and attach a copy of this letter. The address of the office is:
8777 N. Gainey Center Drive
Suite 135
Scottsdale, AZ 85258

Again Lisa congratulations on your fine work. With this type of effort we are sure to have an excellent 2000.

Sincerely,

Phyllis A Arthur
MVD District Manager
Illinois District

cc: E. Duran, T. McKnight, T. Milios, R. Nelson, T. Putz, T. Tucker

Desire and determination bring any goal within reach.

May 2, 2000


Lisa Giacomini-Fay
2008 Redlands Drive
Springfield, IL 62707


Dear Lisa,

Tresa Tucker recently wrote me about your excellent teamwork in support of a series of joint HEL programs in the Springfield area. Tresa informed me that, working with her and Ed Duran, you coordinated cluster activity for three programs. You helped target and recruit key physicians and continuously communicated with your cluster to ensure attendance and follow-up after the programs. Because of your efforts, the team secured the attendance of a highly ranked pulmonologist who is very hard to see. This is truly an impressive accomplishment!! I am certain your efforts will contribute significantly towards achieving your sales goal for your cluster as well as those of your District.

In recognition of your fine effort, I would like to present you with this AWARD FOR EXCELLENCE for $100. You can use this award to go out to dinner and /or purchase a gift of your choice. Simply submit the receipt to Minette Wilson at the MVD Region Office in Scottsdale and attach a copy of this letter. The address of the office is:
8777 N. Gainey Center Drive
Suite 135
Scottsdale, AZ 85258

Again Lisa congratulations on your fine work. With this type of effort we are sure to have an excellent 2000.


Sincerely,


Phyllis A Arthur
MVD District Manager
Illinois District




cc:    E. Duran, T. McKnight, T. Milios, R. Nelson, T. Putz, T. Tucker

Phyllis A. Arthur
912 W Leland Ave # 1E
Chicago IL 60640-5110

Lisa Giacomini-Fay
2008 Redlands Drive
Springfield, IL
62707

62707+6303





 TO: Region 28 Group B Representatives and Managers

FROM: Jeff Huffman

DATE: August 15, 2000

SUBJECT: ***Training Consultants Program Feedback Score Contest Winners***

---

Last month all of you participated in a Singulair® Training Consultants Program in Indianapolis. The focus of this meeting was on the Singulair "Start-up" message. From the feedback we got from the doctors and you all, I think we accomplished our objective of increasing our confidence and effectiveness in positioning Singulair® as a first-line controller agent in mild-to-moderate asthma patients instead of ICS.

I would like to congratulate all of you on a job well done. But there are a few of our team members who did exceptionally well based on the MD feedback scores. The district winners will receive a $100 American Express Gift Check. They are as follows:

1. District 13 - Jason Santiago
2. District 50 - Jennifer Ludlam
3. District 51 - Matt Shafer
4. District 53 - Doug Faulkner
5. District 55 - Ron Johnson

#7 Lisa Giacomini-Fay (Regional)

The District Team Award went to District 55 in Southern Illinois. They will each receive a $25 gift check.

Thanks again to all of you for your work at the meeting and your commitment to make Singulair® the #1 controller in your cluster.

Jeff Huffman

TM:cls
Cc: Scott Wagner
Anthony Wallace

\\INUSHH01\Shared\Segarc\Jeff\ProgramContestWinners081500.DOC

 TO: Region 28 Group B Representatives and Managers

FROM: Jeff Huffman

DATE: August 15, 2000

SUBJECT: ***Training Consultants Program Feedback Score Contest Winners***

---

Last month all of you participated in a Singulair® Training Consultants Program in Indianapolis. The focus of this meeting was on the Singulair "Start-up" message. From the feedback we got from the doctors and you all, I think we accomplished our objective of increasing our confidence and effectiveness in positioning Singulair® as a first-line controller agent in mild-to-moderate asthma patients instead of ICS.

I would like to congratulate all of you on a job well done. But there are a few of our team members who did exceptionally well based on the MD feedback scores. The district winners will receive a $100 American Express Gift Check. They are as follows:

1. District 13 - Jason Santiago
2. District 50 - Jennifer Ludlam
3. District 51 - Matt Shafer
4. District 53 - Doug Faulkner
5. District 55 - Ron Johnson

The District Team Award went to District 55 in Southern Illinois. They will each receive a $25 gift check.

Thanks again to all of you for your work at the meeting and your commitment to make Singulair® the #1 controller in your cluster.

Jeff Huffman

TM:cls
Cc: Scott Wagner
Anthony Wallace

S:\Segarc\Jeff\ProgramContestWinners081500.DOC

Jeffrey S. Huffman
Senior Business Director
U.S. Human Health

Merck & Co., Inc.
Suite 490
8440 Woodfield Crossing Boulevard
Indianapolis IN 46240
Tel 317 205 2400
Fax 317 469 0770



August 25, 2000

Ms. Lisa M. Giacomini-Fay
Indianapolis Region

Dear Lisa:

Congratulations on your success with surpassing the milestone in the Coxib market!   Your
attainment of greater than 51% for the month of March places you in the top tier for the Region –
what an accomplishment!

I would like to thank you for your dedication to make VIOXX® a leader in the market.  Your
cluster is a great example of what hard work, teamwork and determination can accomplish.
Please accept the enclosed check as a token of our appreciation for your efforts.  I look forward
to seeing you race past the next milestone!

Gung Ho!

Jeffrey S. Huffman
Senior Business Director

JSH:cep

Copy:  Tom McKnight
       Personnel File

 TO: Lisa Giacomini-Fay

FROM: Tom McKnight

DATE: September 5, 2000

SUBJECT: ***Selling with Reprints Milestone Class – August 30, 2000***

---

Let me congratulate you on your completion of the Milestone Selling with Reprints Milestone Training Class this week. I believe with the data the MRL provides us that using scientific data as part of our selling messages on every call can truly put us at a competitive advantage. The onus is on us to review, practice, and incorporate the reprints into our selling binders and messages. I hope this class has assisted you toward this end.

In follow-up discussions with Scott Wagner, he mentioned that the following items were the general "take-a-way" action items from the course:

1. We can all increase our skills at getting into a reprint/study quickly on the stand up/hallway details. As an MD is signing we can say, "Doctor, let me show you what Dr. A has to say about mild asthma patients, like the ones you might see this week..." This skill will definitely get the MD's attention and get rid of much less effective openings like, "How's Singulair® going?" Which opening statement do you want to listen to?
2. We can use third party references in our discussions to add influence to our conclusions. For example, instead of "Merck found Singulair® to be an excellent choice for mild asthma controller therapy", or "I think based on this study", we can say "Dr. A and his associates came to the conclusion that...." This third party reference can add impact to our messages.

I would ask that you think through what you learned and are committed to doing different based on the class work. We can discuss your own action items on my next field trip.

**"BUILDING ON EXCELLENCE"**

Tom/cls

TM

TM:cls
cc: Jim Gesell
Jeff Huffman
Scott Wagner

 TO: District 55, Group B Reps

FROM: Tom McKnight

DATE: September 22, 2000

SUBJECT: ***District Goal Control Contest***

---

As you all know, from April through August we ran a contest to see who could get the most Goal Control Kits placed and completed. Let me recognize the winners of the contest:

**1st Place with 56 kits completed:** Belleville - Tim Heggemeier, Jennifer Wiedman, Shelley Geiger, and Zack Kolnsberg Great Job!
($50 enclosed and 500 NMIPs a piece)

**2nd Place with 30 kits completed:** Springfield – Lisa Giacomini-Fay, Lesley Schwartz, Mindy Chong and Sean McAuliffe
($25 enclosed and 250 NMIPs a piece)

I would like to thank Ed Duran for his leadership in Selling Singulair® and tracking the completed forms. Let me lastly thank each of you for your continued commitment to seeing that as many "asthma sufferers" as possible receive the benefits of Singulair®. We had 1010 new patients put on Singulair® because of your efforts in this contest. Those patients are the real winners!

**"BUILDING ON EXCELLENCE"**

Tom

TM:cls
cc: Ed Duran
Jim Gesell
Jeff Huffman
Todd Putz



 

This "Do-It" Award
is Presented to
Lisa Giacomini-Fay
for
Excellence in Customer
Service
by
Kim Troxell
01/17/2001

TO: Lisa Giacomini-Fay

FROM: Tom McKnight

DATE: January 30, 2001

SUBJECT: ***Role-Play Session***

---

I hope you found our role-play session with your local physicians a valuable experience. My observation is that the feedback they provide on our messaging is a great source for your development. Please see the attached forms for your review.

As we discussed before the sessions, Vioxx® will remain our #1 priority for 2001. The new efficacy data versus Codeine and Acetaminophen is a tremendous tool for us to use in delivering the benefits of the powerful pain relief of Vioxx®

Thanks for your efforts in making this day a success for us all.

Tom

TM:cls
cc: Jim Gesell
Jeff Huffman

**Viox/ Singulair / Fosamax**
**OBR Drills for Skills Certification Form**

Representative Name Lisa G F MD Name Vikram Kapur

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Needs Improvement | Adequate | Very Good | Exceptional |

| | BRAND STRATEGY | KEY MESSAGES | SCORE |
|---|---|---|---|
| Vioxx Data | • Increase Vioxx Share in NSAID market | **Efficacy**<br>• versus traditional NSAIDs for OA<br>• versus Codiene/Acetaminophine in acute pain<br>**Safety for long term use** | |
| Singulair Data | • Establish Singulair as a first line controller therapy for mild asthma patients.<br>• Establish Singulair as the preferred agent with ICS for moderate to severe asthma patients | **Efficacy versus ICS in mild asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma Control Days<br>**Efficacy with ICS versus Serevent for moderate to severe asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma<br>**Safety and Compliance Advantages**<br>• One tablet daily<br>• Not a steroid | |
| Fosamax Data | • Further establish Fosamax as the choice therapy for Osteoporosis. | **Efficacy in the HIP and Spine**<br>• Speed of BMD increases and fracture reductions<br>• Compliance increases from 70mg Once-a-Week | |
| HANDLED ANY OBSTACLES | • Resolve obstacles the physician may present regarding tolerability, dosing, efficacy, etc... | **Addressed and resolved the physician's obstacles** | |
| TOTAL SCORE | | | |

**Strengths:**

**Areas for Improvement:**

**Vioxx/ Singulair / Fosamax**
**OBR Drills for Skills Certification Form**

Representative Name [signature] MD Name [signature]

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| **Needs Improvement** | **Adequate** | **Very Good** | **Exceptional** |

| | BRAND STRATEGY | KEY MESSAGES | SCORE |
|---|---|---|---|
| **Vioxx Data** | • Increase Vioxx Share in NSAID market | **Efficacy**<br>• versus traditional NSAIDs for OA<br>• versus Codiene/Acetaminophine in acute pain<br>**Safety for long term use** | 4 |
| **Singulair Data** | • Establish Singulair as a first line controller therapy for mild asthma patients.<br>• Establish Singulair as the preferred agent with ICS for moderate to severe asthma patients | **Efficacy versus ICS in mild asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma Control Days<br>**Efficacy with ICS versus Serevent for moderate to severe asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma<br>**Safety and Compliance Advantages**<br>• One tablet daily<br>• Not a steroid | 4 |
| **Fosamax Data** | • Further establish Fosamax as the choice therapy for Osteoporosis. | **Efficacy in the HIP and Spine**<br>• Speed of BMD increases and fracture reductions<br>• Compliance increases from 70mg Once-a-Week | 4 |
| **HANDLED ANY OBSTACLES** | • Resolve obstacles the physician may present regarding tolerability, dosing, efficacy, etc… | **Addressed and resolved the physician's obstacles** | 4 |
| **TOTAL SCORE** | | | |

**Strengths:**

**Areas for Improvement:**

**Vioxx/ Singulair / Fosamax**
**OBR Drills for Skills Certification Form**

Representative Name [signature] MD Name [signature]

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Needs Improvement | Adequate | Very Good | Exceptional |

| | BRAND STRATEGY | KEY MESSAGES | SCORE |
|---|---|---|---|
| Vioxx Data | • Increase Vioxx Share in NSAID market | **Efficacy**<br>• versus traditional NSAIDs for OA<br>• versus Codiene/Acetaminophine in acute pain<br>**Safety for long term use** | 3 |
| Singulair Data | • Establish Singulair as a first line controller therapy for mild asthma patients.<br>•Establish Singulair as the preferred agent with ICS for moderate to severe asthma patients | **Efficacy versus ICS in mild asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma Control Days<br>**Efficacy with ICS versus Serevent for moderate to severe asthma patients**<br>• FEV1<br>• Symptom relieve / Asthma<br>**Safety and Compliance Advantages**<br>• One tablet daily<br>• Not a steroid | 3 |
| Fosamax Data | • Further establish Fosamax as the choice therapy for Osteoporosis. | **Efficacy in the HIP and Spine**<br>• Speed of BMD increases and fracture reductions<br>• Compliance increases from 70mg Once-a-Week | 4 |
| HANDLED ANY OBSTACLES | • Resolve obstacles the physician may present regarding tolerability, dosing, efficacy, etc... | **Addressed and resolved the physician's obstacles** | |
| TOTAL SCORE | | | |

**Strengths:**

**Areas for Improvement:**

**Giacomini-Fay, Lisa M**

**From:** Campbell, Susan D (NC RBG)
**Sent:** Thursday, October 11, 2001 5:14 PM
**To:** Giacomini-Fay, Lisa M
**Subject:** FW: Program for Merck

Lisa:

Thanks for bringing closure to getting the speaker lined out. Great job! Please also be sure to update Samuel Dyer regarding Dr. Tanner's acceptance.

Thanks again,
Susan

-----Original Message-----
**From:** **Hatten, Winnie T**
**Sent:** Thursday, October 11, 2001 10:39 AM
**To:** 'S. Bobo Tanner'; Giacomini-Fay, Lisa M
**Cc:** Hatten, Winnie T; Sullivan, Sarah J; Campbell, Susan D (NC RBG)
**Subject:** RE: Program for Merck

Dr. Tanner,
Thank you for doing this program for Merck. MESAE# is 1269029. Lisa Giacomini-Fay is the representative in charge. You can contact her at 1-800-637-2510 #40673. You will be conducting a VNC for Merck on Nov 16. On Saturday Nov 17, Springfield Clinic will working with you on a CME program. Lisa will be in touch with the details regarding your visit.

Lisa,
Dr. Tanner's phone is 615-936-5733. Faye can also assist you with Dr. Tanner's schedule. You can also contact him via e-mail. Please contact him with your agenda.
Good luck with your program.

Winnie Hatten
Health Education Liaison Coordinator
NCRBG HEL Coordinator
(708)836-4258
1-800-637-2510 MVX#33021
winnie_hatten@merck.com

-----Original Message-----
**From:** **S. Bobo Tanner** [mailto:bobotan@vasap.asapp.com] <mailto:[mailto:bobotan@vasap.asapp.com]>
Sent: Thursday, October 11, 2001 9:28 AM
To: 'Hatten, Winnie T'
Cc: Faye Gray
Subject: RE: Program for Merck

Yes I can do these. I am sorry. I thought we called you back. Have you got a
MESA number yet?
Thanks
BT

-----Original Message-----
**From:** **Hatten, Winnie T** [mailto:winnie_hatten@merck.com] <mailto:[mailto:winnie_hatten@merck.com]>
Sent: Thursday, October 11, 2001 9:10 AM
To: 'Bobotan@VASAP.ASAPP.com'

Cc: Giacomini-Fay, Lisa M
Subject: FW: Program for Merck

Hello Dr. Tanner,
I want to follow up if you will be able to do this program for us? I also left messages at your office. Please let me know.
Thanks!

Winnie Hatten
Health Education Liaison Coordinator
NCRBG HEL Coordinator
(708)836-4258
1-800-637-2510 MVX#33021
winnie_hatten@merck.com

-----Original Message-----
**From:** **Hatten, Winnie T**
Sent: Thursday, October 04, 2001 4:15 PM
To: 'Bobotan@VASAP.ASAPP.com'
Cc: Hatten, Winnie T; Giacomini-Fay, Lisa M
Subject: Program for Merck

Will you be able to conduct a VNC on Nov 16 (Friday) on arthritis at Springfield, IL for Merck?
Springfield Clinic would also like to contact you re: speaking engagement on Nov 17 (saturday).
Please let me know if this will work out for you.
Thank you!

Winnie Hatten
Health Education Liaison Coordinator
NCRBG HEL Coordinator
(708)836-4258
1-800-637-2510 MVX#33021
winnie_hatten@merck.com

**Giacomini-Fay, Lisa M**

**From:** Sullivan, Sarah J
**Sent:** Friday, November 16, 2001 8:28 AM
**To:** Plymale, Michael S.; Brock; Cain; Denham; Fiorina; Giacomini-Fay; Holden; Johnson; Kolnsberg; Schwartz; Thompson; Turnbull; Valette; Volkert
**Cc:** Gesell, D. James James; Campbell, Susan D (NC RBG)
**Subject:** District Point Representatives 2002 .xls

33-55 B
The attached are the point responsibilities for 2002. Lisa Giacomini-Fay will be our District EPI Champion, she will collect and disseminate best practices.

Sarah J. Sullivan
Heartland Region Business Manager
33-55 B
*Tel (708)836-4275
*Fax
*MVX 83355
*e-Mail sarah_sullivan@merck.com

-----Original Message-----
From: Plymale, Michael S.
Sent: Sunday, November 11, 2001 9:33 PM
To: Campbell; Gesell; Heiser; Hodge; Johnson; Morgan; Poli; Sinnett; Stevens; Stringfellow; Sullivan; Teixeira
Subject: Action Requested - District Point Representatives 2002 .xls

District Point Representatives...

I am putting together the Point Representatives for 2002. If you will send me your updates for 2002, I will put it together and send it to the Region Office and our support managers.

If you could return your choices by Friday, November 16, I would appreciate it.

Mike



COMMITMENT

# CERTIFICATE OF ACHIEVEMENT

This Certifies that

**Lisa Giacomini-Fay**

Has Achieved The High Standard Of Excellence For Her Execution Of The AIM VIP Contract Initiative

Susan D Campbell

Business Manager

12-3-01

Date

Lisa: 12-3-01

Thank-You again for your efforts around the Aim-VIP Initiative. Your hard work is very much appreciated!

Susan Campbell

**Giacomini-Fay, Lisa M**

**From:** Stevens, Mark P.
**Sent:** Tuesday, December 04, 2001 8:12 AM
**To:** Katubig, Bob A; Giacomini-Fay, Lisa M; Ottwein, Emily; Walker, Bruce J
**Cc:** Gesell, D. James James; Campbell, Susan D (NC RBG); Sullivan, Sarah J
**Subject:** FW: VIP Update

Let me second Susan's comments. GREAT JOB!
Mark

-----Original Message-----
**From:** Campbell, Susan D (NC RBG)
**Sent:** Monday, December 03, 2001 12:16 PM
**To:** Katubig, Bob A; Giacomini-Fay, Lisa M; Ottwein, Emily; Walker, Bruce J
**Cc:** Gesell, D. James James; Sullivan, Sarah J; Anderson; Dicenso; Hudson; Lewis; Malloy; Ruff; Short; Walters; Stevens, Mark P.
**Subject:** FW: VIP Update

Bob, Lisa, Emily and Bruce:

I wanted to extend my personal thanks to you for your role in driving the success with the Phase I VIP Accounts that Mark references in his attached e-mail. As you know, we are now in the process of pursuing contract signings with the Phase II accounts by end of December. Your efforts will benefit everyone in the District in 2002. Accordingly, I would like to award each of you Do-It awards for your excellent execution around getting these contracts signed. I will be mailing your certificates and gift checks to you this week.

C-Team:

Please join me in thanking Bob, Lisa, Emily and Bruce for their success in getting hospitals in your geographies to sign the AIM VIP contract. Per Mark's comments below, there will be a pull-through tactical plan around the AIM VIP contract forthcoming.

Regards to all,
Susan

-----Original Message-----
**From:** **Stevens, Mark P.**
**Sent:** Sunday, December 02, 2001 10:08 AM
**To:** Smaha, Jeffrey Scott; Cohen, Jana E; Campbell, Susan D (NC RBG); Desautels, Mary E.; Gesell, D. James James; Hatten, Winnie T; Heiser, Edwin J; Hodge, Candace G; Johnson, Phillip R; Joshi, Manish D.; Morgan, Chris R; Plymale, Michael S.; Poli, Ruth Ann; Sinnett, Kurt M; Stringfellow, Craig S; Sullivan, Sarah J; Teixeira, Gerson B
**Subject:** VIP Update

Team:
You have done an OUTSTANDING job in signing hospitals to the VIP program! We rank #3 in the Nation with 68% of our targets signed through the end of November. Please forward my congratulations on to your teams. We also have several remaining which I believe will sign in the next month. Our original objective of 90% appears within reach.

The next step in this process is to pull-through the contracts we have placed and help these institutions drive to the 80% market share target. Given our success in getting these contracts signed, I am confident will be just as successful in driving the share at these institutions. A pull-through tactical plan will be forthcoming later in the week. Mark

VIPWeekNC.xls

VIP Week 8.ppt



# Award for Excellence

This award is presented to:

## Lisa Giacomini-Fay

on behalf of Merck & Co.

In Recognition of your Dr. Tanner Program in Springfield.
Congratulations for a job well done.

Sarah Sullivan
December 7, 2001

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
WP-HL
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 0629

MERCK

December 11, 2001

Lisa Giacomini-Fay
2008 Redlands Drive
Springfield, IL 62707

Dear Lisa:

I have been truly impressed with the Heartland Region's accomplishment in getting Vioxx® VIP contracts placed. This was a critical, strategic priority in positioning ourselves for success in 2002 and beyond.

I recognize the significant effort and priority placed on the extended team to make it happen during the past eight weeks, and make it happen you did!

You were very successful in recognizing this priority, communicating the value of the contract offering to our customers, following up on their concerns, and ultimately getting VIP contracts in place at a majority of our largest institutions. I appreciate your effort and congratulate you in your outstanding implementation of this important initiative.

I look forward to continued success in pulling through the opportunity created through the placement of VIP with many of your highest volume institutions.

Congratulations!

Mark Stevens

CC: Sarah Sullivan



Restricted
R Confidential
limited access

# Year-End Review Form - USHH

| | | | |
|---|---|---|---|
| NAME | Lisa Giacomini-Fay | DIV/ORG/DEPT | USHH |
| WIN | 10079863 | TITLE | Professional Representative II |
| GRADE | 08 | PERFORMANCE PERIOD | Jan/2002 TO Dec/2002 |
| | | MANAGER NAME | Sarah Sullivan |

## PART II: YEAR-END REVIEW

The purpose of the Year-End Review is to recognize employee accomplishments and demonstration of performance dimensions against objectives and identify strengths and development needs indicated by the employee's performance.

Before starting your evaluation, review the performance input you have collected (including the updated Results/Progress Achieved section in Part I of the employee's Personal Performance Grid, feedback from identified stakeholders, and your own observations), and have the employee's Personal Performance Grid to refer to.

*Instructions: Double-click* Help *at any time to read / print instructions on how to complete the Year-End Review form.*

**Section A: Evaluation of Objectives** (Completed by the manager)

*Double-click* Start *to begin.*



Restricted
Confidential
limited access

| 1. OBJECTIVE: To Meet and Exceed Plan | Points (Weights): 40 | | | | |
|---|---|---|---|---|---|
| | **PERFORMANCE CONTINUUM** | | | | |
| **2. EVALUATE PERFORMANCE DIMENSIONS** | ***Delivered Significantly Below Objective*** | | ***Delivered On Objective*** | | ***Delivered Significantly Above Objective*** |
| • Results Achieved | | | | | X |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| • Timeliness | | | X | | |
| • Resource Utilization | | | | X | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
As a B5 representative, Lisa's primary product responsibilities in 2002 were Vioxx and Fosamax. The group product PPO for Lisa was 112%. That ranked #1 within the B5 representatives in the Region. Fosamax finished at 103.9% to plan, greater than the Region, RBG or Nation, and ranked #3 in the Region. Vioxx finished at 123.8% to plan, again exceeding the Region, RBG or Nation and ranking #3 in the Region. Sales growth for Fosamax ranked #5 in the Region, and Vioxx's sales growth ranked #11.

**5. Next Step** – ***Double-click the button with the action you want to take:***
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Evaluate New Objective | Edit This Objective | Delete This Objective



Restricted
R Confidential
limited access

**1. OBJECTIVE:** To Maximize Market Share Growth

**Points (Weights):** 10

| **2. EVALUATE PERFORMANCE DIMENSIONS** | PERFORMANCE CONTINUUM | | |
|---|---|---|---|
| | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| • Results Achieved | | | X |
| • How Accomplished/Leadership | | X | |
| • Compliance | | | X |
| • Quality | | X | |
| • Resource Utilization | | | X |
| **3. EVALUATE OBJECTIVE OVERALL** | | | X |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
From a market share perspective, Fosamax's YTD market share change of +1.55 share points ranked #6 in the Region. That YTD share change exceeds the Region, RBG and Nation. Vioxx's share change of -6.84 ranked #4 in the Region and again exceeds the share change of the Region, RBG and Nation. Market share change early in the year qualified the Springfield team for runner-up in the Heartland Region Fast Start award.

**5. Next Step** – ***Double-click the button with the action you want to take:*** [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.



Restricted
R Confidential
limited access

| 1. OBJECTIVE: Selling Skills | | | | | Points (Weights): 8 |
|---|---|---|---|---|---|
| | PERFORMANCE CONTINUUM | | | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | X | | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**

Lisa, early in the year we discussed the importance of eliminating 'filler words' in your sales discussions. Over the past year's field visits you have eliminated those fillers and your messages are much more confident-sounding as a result. Throughout the year, you incorporated more resources such as competitive prescribing information as well as reprints. You are an excellent and composed listener when customers present obstacles. Your composed responses make them more likely to be honest with you regarding perceptions they have of our products. You consistently close by gaining a commitment.

**5. Next Step –** ***Double-click the button with the action you want to take:*** [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.



Restricted
R Confidential
limited access

| 1. OBJECTIVE: Product and Disease Knowledge | Points (Weights): 8 | | |
|---|---|---|---|
| | PERFORMANCE CONTINUUM | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Compliance | | X | |
| • Quality | | X | |
| • Resource Utilization | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | X | |

4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:
At the beginning of the year your product and disease knowledge was stronger for Vioxx than it was for Fosamax. As the year progressed you made outstanding progress regarding familiarity with Fosamax as well as competitive agents. You used the time in the Group B journal club and leveraged specialty representatives to develop your product and disease knowledge.

5. Next Step – *Double-click the button with the action you want to take:* [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.



Restricted R Confidential limited access

| 1. OBJECTIVE: Customer Knowledge | Points (Weights): 8 | | | | |
|---|---|---|---|---|---|
| | PERFORMANCE CONTINUUM | | | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| • Timeliness | | | X | | |
| • Resource Utilization | | | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | | | X | |

4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:
Lisa, you know the drivers in the Springfield market place well. You leveraged resources by organizing a visit from a Medical Director to two of your biggest customers. When a question arise regarding managed care you knew where to get the answers and then you used the information to differentiate yourself from other representatives. Communicating coverage of products and co-pays is important to your customers because it lets them know that you know the enviornment in which they practice. Continuing to learn the plans and the drivers will be an objective for 2003 as well.

5. Next Step – *Double-click the button with the action you want to take:*
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]



Restricted
R Confidential
limited access

**1. OBJECTIVE:** Business Management **Points (Weights):** 8

| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
|---|---|---|---|---|---|
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | X | | |
| • Resource Utilization | | | | X | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | | X | |

The five columns are the performance continuum; the X marks are placed by position along it.

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
In the second half of the year, the EPI plans for Vioxx were more strategic in both placement as well as speaker selection. Please apply those learnings to 2003 planning. Continue to try to employ smaller PDGs as well as eRSPs in attracting customers to events. As the year progressed you became more adept at using Early View information for both Bextra and Actonel. One of the opportunities for 2003 is to be sure that there is a synergy of messages on particular physicians. Teammates with the same promotional responsibility should be communicating the same messages to the same physicians.

**5. Next Step** – ***Double-click the button with the action you want to take:*** [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.



Restricted
R Confidential
limited access

| 1. OBJECTIVE: Teamwork | | | | Points (Weights): 8 |
|---|---|---|---|---|
| | PERFORMANCE CONTINUUM | | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | X |
| • How Accomplished/Leadership | | | X | |
| • Compliance | | X | | |
| • Quality | | | X | |
| • Timeliness | | X | | |
| • Resource Utilization | | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | | X | |

4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:
Lisa, you do an excellent job of recognizing your peers for their contributions. This recognition has fostered a trusting team in Springfield. You contributed greatly to the team in 2002 through mentorship. As we go into 2003, please continue to be assertive in being sure that the workload is evenly distributed. As your peers become more tenured, more should be expected of them. The Vioxx success this year was largely without specialty support until the end of the year. You have made great efforts to be sure that the new specialty representative for Vioxx is fully integrated, creating this synergy will be important in reaching our goals in 2003.

5. Next Step – *Double-click the button with the action you want to take:*
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]



Restricted
R Confidential
limited access

**1. Objective:** Personal Development Objectives

**Points (Weights):** 10

| **2. Evaluate Performance Dimensions** | PERFORMANCE CONTINUUM | | | | |
|---|---|---|---|---|---|
| | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | X | | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| **3. Evaluate Objective Overall** | | | | X | |

**4. Evaluation of objective, using specific examples and data:**

1) Actively participates in the performance management process.
2) Completes all corporate sponsored training related to performance management.
3) Contributes to an environment where it is safe to speak up.
4) Enhance payor/ provider messages and knowledge of managed care.
5) Develop stronger peer leadership skills.

Lisa, congratulations on achieving such an outstanding year. Your progress on the personal development objectives, provider messages as well as peer leadership assisted you in reaching sales and market share success this year. I look forward to seeing what you with your teammates can accomplish in 2003.

**5. Next Step –** ***Double-click the button with the action you want to take:***

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]



Restricted
Confidential
limited access

Help

**Section B: Summary Evaluation on Objectives** (Automatically fills in … with highest points (weights) first)

This is an at-a-glance summary of your overall evaluations of performance on each objective from Section A.

| Objective | Points (Weights) | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
|---|---|---|---|---|---|---|
| To Meet and Exceed Plan | 40 | | | | X | |
| To Maximize Market Share Growth | 10 | | | | X | |
| Personal Development Objectives | 10 | | | | X | |
| Selling Skills | 8 | | | | X | |
| Product and Disease Knowledge | 8 | | | | X | |
| Customer Knowledge | 8 | | | | X | |
| Business Management | 8 | | | | X | |
| Teamwork | 8 | | | | X | |
| | **100** | | | | | |

*Double-click* Refresh *if Section B does not automatically fill in or reflect changes you made.*





MERCK

R Restricted Confidential limited access

Help

**Section C: Summary of Employee's Overall Performance and Identification of Strengths & Development Needs** (Completed by the manager)

Based on your evaluation of the employee's performance and demonstration of performance dimensions, summarize the employee's overall accomplishments and identify areas of strength and development needs.



Restricted Confidential limited access

Help

**PART III: EMPLOYEE COMMENTS** (Optional; completed by the employee)

In this section, the employee has the opportunity to add comments (e.g., statements about the review itself, information the employee would like to see included in the Year-End Review).

| | | |
|---|---|---|
| **2nd Level Manager Name: *** | **2nd Level Manager Signature: *** | **Date:** |

**2nd Level Manager signature required only if employee adds comments*

Help

**PART IV: SIGNATURES: ***

Written reviews should be signed by the manager and second level manager prior to the Year-End Review discussion with the employee. Following the discussion, the employee should also sign the form. If the Employee Comments section is used, the second level manager's signature is required in PART III, above.

| | | |
|---|---|---|
| **Employee Name:** Lisa Giacomini-Fay | **Employee Signature:** [signature] | **Date:** 2-27-03. |
| **Manager Name:** Sarah Sullivan | **Manager Signature:** [signature] | **Date:** 2-27-03 |
| **2nd Level Manager Name:** | **2nd Level Manager Signature:** [signature] | **Date** 3/20/03 |

*Note: Manager signatures indicate that the steps in the Year-End Review have been followed. The employee's signature indicates that the manager has discussed the Year-End Review with the employee; it does not signify that the employee agrees with the content of the evaluation provided.

E-FILED
Wednesday, 01 November, 2006 10:39:55 AM
Clerk, U.S. District Court, ILCD

Merck & Co., Inc.
U.S. Human Health
Suite 700
Four Westbrook Corporate Center
Westchester IL 60154

May 3, 2002

To: Lisa Giacomini-Fay

SUBJECT: Award of Excellence

Dear Lisa:

It gives me great pleasure to recognize you for your support in assisting with the temporary coverage of several speakers in a vacant ASR territory. Your assistance, together with access and information on these speakers, has allowed Cindy Stephenson to provide temporary coverage in a professional manner.

I would like to present you with an Award of Excellence in the amount of $75.00. You can process this Award of Excellence by submitting an expense report for $75.00 through RPL, account number 60871.7773.090.

Lisa, thank you for your commitment to creating a difference!

Sincerely

Thomas Spradling
A & A Executive Business Manager
District 68-78

cc: M. Caracci
Sarah Sullivan

**Giacomini-Fay, Lisa M**

**From:** Campbell, Susan D (NC RBG)
**Sent:** Friday, April 05, 2002 3:10 PM
**To:** Brock; Cain; Denham; Dicenso; Fiorina; Giacomini-Fay; Peterson, Jelena; Ruff; Schwartz; Short; Thompson; Turnbull; Volkert; Walters
**Cc:** Sullivan, Sarah J
**Subject:** FW: You're Above Plan Again (February PPO Data)

Vioxx Team:

CONGRATULATIONS TO EACH OF YOU ON ANOTHER GREAT MONTH! KEEP YOUR FOCUS AND ENERGY LEVELS HIGH AROUND VIOXX, AND LET'S KEEP GETTING THESE NOTES EVERY MONTH IN 2002!

Regards,
Susan

-----Original Message-----
From: Cannell, Thomas R.
Sent: Monday, April 01, 2002 11:53 AM
To: Sullivan, Sarah J; Campbell, Susan D (NC RBG)
Cc: Stevens, Mark P.; Schechter, Adam H; Jerman, Jo C.
Subject: You're Above Plan Again (February PPO Data)

Sarah and Susan,

Congratulations on your 105.7% to plan performance for VIOXX in February 2002! Thanks so much for your support of VIOXX! It's shaping up to be a great year!

Tom Cannell
Executive Director, Marketing - VIOXX

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
WP-HL
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 0629

April 10, 2002

Lisa Giacomini-Fay
RDT 33-55-0673

Dear Lisa:

**Congratulations!**

I would like to take this opportunity to personally congratulate you for driving **Vioxx®** Coxib NRx share. During the February '02 RCQ, the Springfield Cluster was #1 in the Heartland Region in **Vioxx®** NRx share growth in the Coxib Class...**up an astounding +1.3 share points!**

**Great Selling!**

Mark Stevens
Senior Business Director
Heartland Region

cc: Sarah Sullivan, Business Manager

**Giacomini-Fay, Lisa M**

**From:** Campbell, Susan D (NC RBG)
**Sent:** Monday, June 10, 2002 8:15 AM
**To:** Giacomini-Fay, Lisa M
**Cc:** Sullivan, Sarah J; Dicenso, Bruna E
**Subject:** RE: Vioxx agenda for 6/5 cluster meeting

Lisa:

This is a great agenda. This type of discussion on a regular basis will drive a greater command and overall knowledge of the business and competitive issues and activities. I look forward to the benefits that this shared knowledge and communication will have on the business.

Regards,
Susan

-----Original Message-----
**From:** Giacomini-Fay, Lisa M
**Sent:** Tuesday, June 04, 2002 6:33 PM
**To:** Sullivan, Sarah J; Campbell, Susan D (NC RBG); Dicenso, Bruna E; Schwartz, Lesley; Thompson, Kirk; Holder, Daniel J.
**Cc:** Troxell, Kimberly A; Hudson, Stacey A; Willan, James T
**Subject:** Vioxx agenda for 6/5 cluster meeting

**Vioxx Agenda for Wednesday June 5, 2002**

1) Review April Sales #'s
   YTD PPO 112%
   April PPO
   Share change

2) Bextra Early View Report
   Plan by Physician
   increase frequency on top MD's
   RFM's to key MD's
   Efficacy messaging
   Target top MD's with upcoming EPI programs
   Obstacles we are hearing in the field

3) Routing
   Increases frequency by Lisa, Bissi, Lesley and Kirk to top Bextra MD's
   Sampling

4) EPI
   June 14, 2002 6:30 pm Dr. Pick will speak on "Managing Acute Pain in Adults" at LaSorella.
   June 7, 2002 Dr. Stern to Investigators Meeting in Chicago
   TBA (July) Medical Director to meet with Pick Stern and Horvath
   TBA (Oct) National Speaker to Spfld (Dr. Pick requested Dr Warren Katz)
   TBA(Sept) Dr Stern to speak for Vioxx EPI (I will put in the paper work this week).

Please come prepared to share ideas and best practices of what is working with key MD's.

thanks,

Lisa

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 4204

MERCK

June 20, 2002

Lisa Giacomini-Fay
33-55-0673

Dear Lisa:

Congratulations on finishing second in the Heartland Region's 2002 ***FAST START*** Program! Getting off to a ***FAST START*** was a critical priority for the Region in 2002. **"Accelerated market share growth early in the year drives sales growth throughout the year."** The composite ranking of the market share changes for your primary products was #2 of the 16 clusters in the Region!

Please accept the enclosed discretionary award check in the amount of $1,000.00 (less taxes) with my sincere thanks for your outstanding contribution.

Sincerely,

Mark Stevens
Senior Business Director
Heartland Region

MPS:ew
Encl

cc: Sarah Sullivan, Business Manager

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 4204

October 10, 2002

Lisa Giacomini-Fay
***Springfield Cluster***
RDT 33-55-0673

Dear Lisa:

Congratulations!

I would like to take this opportunity to personally congratulate you for driving Vioxx® NRx share. During the month of August, the Springfield Cluster grew Vioxx® NRx share an amazing +2.5 share points. It takes a great deal of tenacity to compete in this market and succeed.

Keep up the great selling!

Mark Stevens
Senior Business Director
Heartland Region

cc: Sarah Sullivan, Business Manager

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 4204

MERCK

March 28, 2003

Lisa,
Congratulations once again!
$1000 (less tax) is enclosed.
Thanks for all your effort and the
great performance in 2002.
Mark

Lisa Giacomini-Fay
RDT 33-55-0673

Dear Lisa:

I want to take this opportunity to congratulate you, once again, on receiving the ***Vice President's Club Award*** for the Heartland Region, in acknowledgement of your contributions in 2002. The ***Vice President's Club Award*** recognizes field sales representatives who have demonstrated exemplary performance throughout the year. Of the (147) representatives in the Region, only (15) received this highly coveted award in 2002.

This is the pinnacle of recognition that a representative at Merck can receive during their time in the field. Wherever your career at Merck takes you, rest assured that being a recipient of this prestigious award is a "badge of honor" that you will carry with you. You have clearly demonstrated the ability to deliver outstanding results.

Congratulations, thank you and great selling!

Mark Stevens
Senior Business Director
Heartland Region

cc: Sarah Sullivan, Business Manager – Heartland Region

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 4204

MERCK

March 28, 2003

Lisa Giacomini-Fay
RDT 33-55-0673

Dear Lisa:

I want to take this opportunity to congratulate you, once again, on receiving the ***Vice President's Club Award*** for the Heartland Region, in acknowledgement of your contributions in 2002. The ***Vice President's Club Award*** recognizes field sales representatives who have demonstrated exemplary performance throughout the year. Of the (147) representatives in the Region, only (15) received this highly coveted award in 2002.

This is the pinnacle of recognition that a representative at Merck can receive during their time in the field. Wherever your career at Merck takes you, rest assured that being a recipient of this prestigious award is a "badge of honor" that you will carry with you. You have clearly demonstrated the ability to deliver outstanding results.

Congratulations, thank you and great selling!

Mark Stevens
Senior Business Director
Heartland Region

cc: Sarah Sullivan, Business Manager – Heartland Region



# VICE PRESIDENT'S CLUB

**Lisa M. Giacomini-Fay**

is recognized for significant contributions to the progress of Merck Human Health and the Medical Community during the past year.

·2002·

Margie McGlynn
Executive Vice President
Customer Marketing & Sales

[signature]
Vice President
North Central

## INTEROFFICE MEMORANDUM

TO:        LISA GIACOMINI-FAY

FROM:      MICHAEL S. PLYMALE

SUBJECT:   VICE PRESIDENT'S CLUB

DATE:      04/15/03

CC:        STEVENS, MARK; SULLIVAN, SARAH

Congratulations!

No higher honor can be earned by a professional representative than being the recipient of the Vice President's Club. It indicated that you are recognized as one of the very best professional representatives in the Merck. As a manager, I know that this is one of the toughest decisions that we make. Much thought and discussion goes into this decision. This decision must be agreed upon by your peer managers and the Senior Region Director.

After the shock of the announcement, the forgotten walk to the stage and the congratulations of your peers has subsided; you will still have the logo of the Vice President's Club on your calling cards. Present your card with pride, because you are one of the best.

Mike Plymale

Executive Business Manager

District 33-04B

Mark P. Stevens
Senior Business Director
Heartland Region
U.S. Human Health

Merck & Co., Inc.
Four Westbrook Corporate Center
Suite 700
Westchester IL 60154
Tel 708 836 4268
Fax 708 836 4204

MERCK

April 24, 2003

Lisa Giacomini-Fay
6204 Mackenzie Place
Springfield, IL 62707

Dear Lisa:

Please accept the attached discretionary bonus check for $1,010.00 (less taxes) from the Heartland Region in recognition of the challenges you faced in 2002 associated with the implementation of a Preferred Drug List by the State of Illinois. This Preferred Drug List significantly restricted access to a number of Merck products by Medicaid and Senior Care patients for much of 2002.

The amount of this check was determined by adjusting the Medicaid and Senior Care performance of your cluster trend prior to the implementation of the Preferred Drug list for impacted products. The calculation includes both the sales and market share adjustment, as appropriate.

I am very appreciative of your focus and effort in overcoming a difficult business challenge. This speaks volumes on your ability to overcome adversity. Many thanks!

Sincerely,

Mark Stevens
Senior Business Director
Heartland Region

Encl.

 # MEMO

TO: Lisa Giacomini-Fay, RDT 33-55-0673

FROM: Mark Stevens, Senior Business Director
Heartland Region

SUBJECT: *"Dash for the Cash" Award Program* DATE: 11/14/03

Dear Lisa:

Congratulations to the Springfield Cluster for your August RCQ NRx share change of +2.0 points for FOSAMAX. Your accomplishment with FOSAMAX during the August RCQ was exceptional. Share change of this magnitude, given the competitive landscape in Springfield, does not come without ***outstanding effort, teamwork and sale ability.***

Please accept the enclosed Heartland Region Discretionary Award in the amount of $500.00 (less tax) with my sincere thanks for this outstanding achievement.

Mark Stevens

Encl

cc: Sarah Sullivan, Business Manager

**Giacomini-Fay, Lisa M**

**From:** Sullivan, Sarah J
**Sent:** Monday, November 17, 2003 10:59 AM
**To:** Giacomini-fay, Lisa M
**Subject:** RE: Spfld Vioxx Sept Update

Nice update, Lisa. There are those with momentum and then those that we need to be focused on to correct share loss. The weekly increase/ decrease is probably always 2 weeks in the rear, so it proves to be more current than our plus prescriber. It just obviously doesn't tell us where that business is going or where that business came from.

You can send the updates to only those with primary responsibility (Lesley, Brian, Tanya and yourself). + Keith

Sarah

-----Original Message-----
**From:** Giacomini-fay, Lisa M
**Sent:** Friday, November 14, 2003 8:04 PM
**To:** Sullivan, Sarah J; Davison, James; Schwartz, Lesley; Thompson, Kirk; Meier, Brian; MCSHANE, TANYA R.; Hancock, Keith; Hicks, Ryan; Naffziger, Cherie
**Subject:** Spfld Vioxx Sept Update

Spfld Vioxx Team,
I have looked at the Sept share data for our top physicians.
We had several jumps from Bextra to Vioxx.

Sept share change 2.3.

Stern had a Vioxx share change of 9.8 (-9.4 share change from Bextra). Dr Stern has a 28.6 Vioxx share. This is the highest I have seen from him in a long time. From the June RCQ 03 P3, Stern has 13% express scripts, 31% Vioxx RCQ coxib share. Enrolled in Confidence Efficacy program.

Billiter had a 29.3 Vioxx share change (-35 share points from Celebrex). Dr Billiter has a huge senior care (35% express scripts, 28% Vioxx RCQ coxib share).

Wahab had a 19.5 Vioxx share change (-18.5 share points from bextra). Total Vioxx share of 60.9. Dr had a high senior care 20% express scripts. (43% Vioxx RCQ coxib share). Enrolled in Efficacy Confidence program.

Eling up 34.1 Vioxx share change (-27.3 from Bextra). 12% express scripts. Enrolled in efficacy confidence program

Morton up 27.1 vioxx share change (-26 from Celebrex). 8% express scripts. Enrolled in efficacy confidence program

Ludwig up 29.8 Vioxx share change (from Celebrex) 63.2% total Vioxx share. Enrolled in the efficacy confidence program

Mack was up 43.6% vioxx share change (from Celebrex)Enrolled in the efficacy confidence program.

We do need to watch for several uptakes with Bextra
Bova was up 50.9 to Bextra. Enrolled in the Efficacy confidence program
Coughlin was up 21 to Bextra. Enrolled in the Efficacy Confidence program
O Brien was up 47 to Bextra. Enrolled in the efficacy Confidence program (high senior care)

Please review the Sept physician level data, weekly increase and decrease and make sure we hit the pharmacies in high senior care areas.
I will send out a new list of the top 40 we will target with the stock bottle BRC cards. << File: Sept vioxx share change.xls >> << File: Sept vioxx weekly increase.xls >> << File: Sept vioxx weekly decrease.xls >>
Lisa

## January 2004 Territory Market

## *NOT TO BE USED FOR BONU[illegible]*

| Cluster | Vioxx | | Celebrex | | Bextra | | |
|---|---|---|---|---|---|---|---|
| | Share | Sh. Chg. | Share | Sh. Chg. | Share | Sh. Chg. | |
| 0768 | 38.1 | -0.3 | 40.3 | 1.8 | 21.6 | -1.5 | |
| 0771 | 35.2 | -1.2 | 43.7 | 2.2 | 21.1 | -1.0 | |
| 0773 | 35.1 | -3.2 | 42.9 | 3.4 | 22.0 | -0.2 | |
| 0777 | 38.3 | -2.0 | 36.4 | 1.1 | 25.3 | 0.9 | |
| [illegible] | 36.9 | -1.5 | 40.6 | 2.0 | 22.6 | -0.5 | |
| 0571 | 40.3 | 0.7 | 42.8 | 0.8 | 16.9 | -1.5 | |
| 0774 | 46.3 | 0.0 | 38.3 | 1.7 | 15.4 | -1.6 | |
| 5570 | 43.4 | 1.0 | 40.9 | -0.2 | 15.8 | -0.8 | |
| 8775 | 40.3 | -1.8 | 39.8 | 1.9 | 19.9 | -0.2 | |
| [illegible] | 42.2 | 0.1 | 40.8 | 0.9 | 17.0 | -1.0 | |
| 0568 | 44.0 | 1.3 | 38.5 | 0.7 | 17.6 | -2.1 | |
| 0572 | 40.8 | 0.5 | 39.1 | 1.5 | 20.1 | -2.0 | |
| 5583 | 42.7 | -0.6 | 36.6 | 1.5 | 20.7 | -0.9 | |
| 8561 | 38.1 | 0.8 | 42.8 | 0.6 | 19.1 | -1.4 | |
| [illegible] | 41.3 | 0.5 | 39.4 | 1.1 | 19.3 | -1.7 | |
| 0569 | 37.9 | 0.7 | 46.0 | 2.1 | 16.1 | -2.8 | |
| 5672 | 36.7 | 1.8 | 44.9 | -0.1 | 18.3 | -1.7 | |
| 5673 | 35.1 | 1.0 | 46.5 | 2.2 | 18.5 | -3.3 | |
| 5678 | 36.5 | -2.2 | 45.6 | 4.8 | 17.8 | -2.6 | |
| [illegible] | 36.5 | 0.3 | 45.7 | 2.3 | 17.8 | -2.5 | |
| [illegible] | 39.1 | -0.1 | 41.8 | 1.6 | 19.0 | -1.6 | |
| [illegible] | 38.2 | -0.8 | 41.2 | 1.0 | 20.6 | -0.2 | |
| [illegible] | 35.7 | -1.1 | 40.2 | 0.9 | 24.0 | 0.2 | |

## Share Summary

## S CALCULATION

| Cluster Rank | |
|---|---|
| Share | Sh. Chg. |
| 9 | 10 |
| 14 | 12 |
| 15 | 16 |
| 8 | 14 |
| 3 | 4 |
| 6 | 6 |
| 1 | 9 |
| 3 | 3 |
| 6 | 13 |
| 1 | 3 |
| 2 | 2 |
| 5 | 8 |
| 4 | 11 |
| 9 | 5 |
| 2 | 1 |
| 11 | 6 |
| 12 | 1 |
| 15 | 3 |
| 13 | 15 |
| 4 | 2 |
| - | - |
| - | - |
| - | - |
| - | - |

# Sales Rank Report

| Time Period |
|---|
| YTD-Jan2004 |

| | TOTAL GEOGRAPHY | | | | TOTAL ZOCOR | | | | TOTAL FOSAMAX | | | | TOTAL COZA | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank |
| 33-04 | 95.1 | 24 | 13.4 | 16 | 93.5 | 21 | 11.7 | 11 | 96.4 | 16 | 8.6 | 4 | 96.9 | 23 |
| 33-12 | 95.8 | 23 | 14.7 | 13 | 91.7 | 22 | 8.9 | 15 | 94.7 | 20 | 3.0 | 16 | 103.8 | 14 |
| 33-53 | 98.8 | 17 | 20.4 | 2 | 96.3 | 19 | 20.2 | 2 | 95.6 | 17 | 2.9 | 17 | 105.6 | 9 |
| 33-55 | 96.8 | 21 | 22.3 | 1 | 91.1 | 24 | 25.7 | 1 | 99.2 | 5 | 4.6 | 13 | 111.6 | 1 |
| 33-04-0768 | 96.6 | 10 | 15.0 | 10 | 95.4 | 7 | 12.5 | 11 | 96.2 | 11 | 4.4 | 7 | 98.1 | 12 |
| 33-04-0771 | 95.0 | 12 | 14.8 | 11 | 93.3 | 9 | 10.8 | 12 | 97.0 | 8 | 13.6 | 2 | 97.1 | 13 |
| 33-04-0773 | 91.8 | 14 | 10.3 | 13 | 90.5 | 13 | 13.6 | 10 | 91.5 | 15 | 8.0 | 6 | 96.5 | 14 |
| 33-04-0777 | 96.4 | 11 | 12.2 | 12 | 93.2 | 10 | 8.9 | 13 | 101.7 | 2 | 10.3 | 4 | 95.4 | 15 |
| 33-12-0571 | 97.1 | 9 | 27.3 | 3 | 90.7 | 12 | 29.5 | 2 | 94.6 | 12 | 1.2 | 12 | 109.2 | 4 |
| 33-12-0774 | 90.4 | 15 | 7.2 | 15 | 83.5 | 15 | -4.4 | 16 | 93.0 | 13 | 4.4 | 7 | 99.2 | 11 |
| 33-12-5570 | 98.3 | 5 | 17.6 | 8 | 96.5 | 4 | 14.0 | 8 | 92.4 | 14 | 2.9 | 11 | 106.2 | 7 |
| 33-12-8775 | 97.2 | 8 | 9.7 | 14 | 96.4 | 5 | 6.3 | 14 | 98.2 | 4 | 3.4 | 10 | 100.8 | 10 |
| 33-53-0568 | 101.6 | 1 | 23.5 | 4 | 99.3 | 1 | 29.5 | 2 | 97.2 | 7 | -2.1 | 15 | 111.6 | 2 |
| 33-53-0572 | 100.1 | 3 | 20.9 | 6 | 98.5 | 2 | 19.8 | 7 | 97.4 | 6 | 4.2 | 9 | 107.0 | 6 |
| 33-53-5583 | 93.7 | 13 | 5.7 | 16 | 95.4 | 7 | 0.0 | 15 | 87.2 | 16 | -3.0 | 16 | 90.4 | 16 |
| 33-53-8561 | 97.9 | 6 | 29.0 | 2 | 90.5 | 13 | 25.7 | 5 | 98.0 | 5 | 12.5 | 3 | 110.6 | 3 |
| 33-55-0569 | 101.1 | 2 | 31.6 | 1 | 98.5 | 2 | 44.0 | 1 | 96.6 | 10 | -0.7 | 13 | 134.6 | 1 |
| 33-55-5672 | 98.9 | 4 | 16.9 | 9 | 96.1 | 6 | 13.9 | 9 | 97.0 | 8 | -1.6 | 14 | 108.7 | 5 |
| 33-55-5673 | 97.7 | 7 | 23.4 | 5 | 91.7 | 11 | 27.5 | 4 | 104.3 | 1 | 13.8 | 1 | 102.7 | 9 |
| 33-55-5678 | 89.6 | 16 | 19.9 | 7 | 78.5 | 16 | 22.5 | 6 | 99.0 | 3 | 9.8 | 5 | 102.8 | 8 |
| NC-33 | 96.7 | 34 | 17.8 | 1 | 93.0 | 36 | 16.1 | 2 | 96.4 | 30 | 4.6 | 6 | 104.6 | 12 |
| RBG NC | 99.4 | 0 | 14.7 | 0 | 98.8 | 0 | 10.9 | 0 | 96.9 | 0 | 4.5 | 0 | 104.0 | 0 |
| Nation | 100.4 | 0 | 10.0 | 0 | 101.4 | 0 | 8.2 | 0 | 97.9 | 0 | -10.1 | 0 | 106.0 | 0 |

**Quest**
District v1.2.0

| AR/HYZAAR | | TOTAL SINGULAIR | | | | TOTAL MAXALT | | | | TOTAL VIOXX | | | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| % Chg Prev Yr | Rank | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank | % Chg Prev Yr | Rank | %PPO | Rank |
| 1.1 | 23 | 99.6 | 3 | 34.0 | 4 | 93.5 | 15 | -1.8 | 11 | 89.2 | 24 | -16.3 | 24 | 103.1 | 7 |
| 8.4 | 8 | 97.8 | 15 | 31.7 | 7 | 100.2 | 7 | 6.1 | 6 | 102.3 | 15 | 1.0 | 9 | 105.3 | 3 |
| 8.5 | 7 | 98.3 | 10 | 28.7 | 11 | 95.4 | 13 | -4.8 | 14 | 104.3 | 8 | 1.9 | 8 | 99.6 | 12 |
| 10.9 | 3 | 96.3 | 21 | 34.4 | 3 | 99.2 | 8 | -1.6 | 10 | 106.5 | 4 | 0.5 | 10 | 93.9 | 21 |
| 4.8 | 10 | 99.3 | 5 | 36.7 | 5 | 89.4 | 11 | -4.8 | 11 | 92.1 | 13 | -13.6 | 13 | 109.9 | 3 |
| 3.5 | 11 | 100.3 | 4 | 46.4 | 1 | 101.6 | 5 | 8.1 | 6 | 88.7 | 15 | -15.7 | 15 | 99.4 | 9 |
| -1.2 | 14 | 100.5 | 3 | 25.7 | 14 | 73.1 | 16 | -25.6 | 16 | 80.5 | 16 | -25.1 | 16 | 107.2 | 5 |
| -5.0 | 15 | 98.6 | 9 | 27.7 | 11 | 115.9 | 3 | 20.5 | 3 | 93.8 | 12 | -12.6 | 12 | 94.1 | 14 |
| 7.7 | 6 | 98.6 | 9 | 40.4 | 4 | 76.7 | 14 | -22.8 | 14 | 111.9 | 1 | 13.3 | 1 | 100.2 | 8 |
| 8.3 | 5 | 101.9 | 2 | 42.2 | 3 | 126.9 | 1 | 31.3 | 1 | 103.5 | 9 | 3.9 | 4 | 96.8 | 12 |
| 14.0 | 4 | 98.5 | 11 | 29.2 | 9 | 90.3 | 10 | -3.0 | 9 | 103.6 | 8 | 3.6 | 5 | 107.6 | 4 |
| 1.2 | 13 | 94.1 | 15 | 22.3 | 16 | 101.3 | 7 | 10.9 | 5 | 91.3 | 14 | -14.4 | 14 | 117.1 | 1 |
| 15.9 | 3 | 99.2 | 6 | 33.2 | 7 | 78.4 | 13 | -21.8 | 13 | 108.0 | 5 | 1.2 | 9 | 110.3 | 2 |
| 6.8 | 7 | 99.2 | 6 | 29.2 | 9 | 98.7 | 9 | -2.0 | 8 | 106.1 | 6 | 6.4 | 3 | 96.2 | 13 |
| -8.2 | 16 | 94.7 | 14 | 23.0 | 15 | 87.5 | 12 | -14.3 | 12 | 94.2 | 11 | -11.0 | 11 | 100.8 | 6 |
| 16.6 | 2 | 99.2 | 6 | 27.4 | 12 | 120.2 | 2 | 23.1 | 2 | 109.3 | 3 | 13.1 | 2 | 94.1 | 14 |
| 35.3 | 1 | 90.2 | 16 | 34.6 | 6 | 101.5 | 6 | 6.4 | 7 | 110.1 | 2 | 3.6 | 5 | 100.5 | 7 |
| 5.1 | 8 | 102.1 | 1 | 45.7 | 2 | 99.7 | 8 | -4.6 | 10 | 108.6 | 4 | 1.7 | 7 | 86.4 | 16 |
| 5.1 | 8 | 96.0 | 12 | 26.0 | 13 | 115.4 | 4 | 14.8 | 4 | 106.0 | 7 | 1.3 | 8 | 97.0 | 11 |
| 1.7 | 12 | 95.3 | 13 | 32.6 | 8 | 75.9 | 15 | -23.3 | 15 | 102.2 | 10 | -3.6 | 10 | 97.4 | 10 |
| 7.5 | 10 | 97.9 | 15 | 31.9 | 10 | 96.9 | 13 | -0.9 | 6 | 101.1 | 17 | -2.8 | 16 | 100.2 | 19 |
| 6.6 | 0 | 97.9 | 0 | 26.8 | 0 | 97.4 | 0 | -1.9 | 0 | 102.7 | 0 | -0.1 | 0 | 98.5 | 0 |
| 8.4 | 0 | 97.5 | 0 | 27.9 | 0 | 93.1 | 0 | -6.5 | 0 | 100.6 | 0 | -4.0 | 0 | 101.1 | 0 |

| ZETIA | |
|---|---|
| % Chg Prev Yr | Rank |
| 366.9 | 18 |
| 475.0 | 9 |
| 400.9 | 15 |
| 350.6 | 20 |
| 368.9 | 12 |
| 311.5 | 14 |
| 466.4 | 5 |
| 356.5 | 13 |
| 578.6 | 3 |
| 422.7 | 7 |
| 471.8 | 4 |
| 437.0 | 6 |
| 590.2 | 2 |
| 411.8 | 9 |
| 408.2 | 10 |
| 305.3 | 15 |
| 640.2 | 1 |
| 234.2 | 16 |
| 419.8 | 8 |
| 377.8 | 11 |
| 396.2 | 26 |
| 418.7 | 0 |
| 418.6 | 0 |

**Giacomini-Fay, Lisa M**

**From:** Sullivan, Sarah J
**Sent:** Friday, January 09, 2004 3:48 PM
**To:** Cain, Kevin D; Crow, Jody; Denham, Patrick C; Fiorina, Leah R; Giacomini-fay, Lisa M; Schwartz, Lesley; Thompson, Kirk; Turnbull, Dicie T; Valette, David E; Volkert, Paul
**Cc:** Geiger, Shelley L; Nelson, Darcy S
**Subject:** Fosamax share update

FOSAMAX weekly share 12-19-03....

Nov 03 update.ppt

Team,
Attached are a few items that will help you assess Fosamax progress.

Highlights:

- Congratulations to Carbondale for an amazing 107% PPO! Dave, Dicie and Leah have led the region in PPO (and growth) all year long. Great work!
- Springfield has the #2 PPO in the Region at 96.8. Great Lisa, Kirk and Lesley!
- From a share perspective -Champaign has flattened Actonel. Actonel hasn't grown in the RCQ. While Act is up 1.6 for the Nation, Jody and Kevin have drawn the line. Super job!

I've also attached the weekly data. Please be sure to spend some time with the FACtS Phase 3 roadmap. I'll want to role play with each of you on upcoming field visits. Let me know what questions you have, its critical that we implement this the right way with the right sense of urgency!

*Sarah Sullivan*
Heartland Region Business Manager
33-55 B

MVX 83355
Phone 618.346.0347
Fax 618.346.0350

"For background use only. Do not discuss or distribute Outside of Merck"

**Giacomini-Fay, Lisa M**

**From:** Sullivan, Sarah J
**Sent:** Friday, January 09, 2004 3:48 PM
**To:** Cain, Kevin D; Crow, Jody; Denham, Patrick C; Fiorina, Leah R; Giacomini-fay, Lisa M; Hendrix, Amber; MCSHANE, TANYA R.; Meier, Brian; Ottwein, Emily C; Raymond, Anna; Schwartz, Lesley; Turnbull, Dicie T; Volkert, Paul; Walker, Bruce J; Zirkelbach, Sarah E
**Cc:** Davison, James; Stephenson, Cynthia K; Hancock, Keith
**Subject:** Vioxx share update

November update.ppt

C-H Vioxx Share targets - Nov ...

Vioxx team,
I've attached a Nov 2003 review for Vioxx performance. Here are some highlights:

- Congratulations to the Carbondale team of Dicie and Leah, they are #2 in the Region for RCQ share growth +1.8! Fantastic!
- Springfield has also done a super job! They are #4 in the Region for RCQ share growth by being +0.6! Super work Brian, Tanya, Lesley and Lisa!!
- In the month of November, the Belleville team of Anna, Patrick and Paul drove share up 1.6, ranking #3 in the region.

We have some powerful momentum, but we can't let up because we all know all too well how challenging it is to move coxib share. The district enjoys the #1 market share change in the RBG, and we still have plenty of business we can convert!

On a more somber note, I've included a slide on the power surge enrollment. I need each of the B5 representatives to send me an updated list of those enrolled. I'd like to understand why we didn't implement this program as well as our peers. Please get back to me by Wednesday. Demonstrating an ability to implement initiatives is critical.

There are plenty of dollars on the table (with the Dash for the Cash), lets make sure those checks are sent to Southern Illinois!!!!

*Sarah Sullivan*
Heartland Region Business Manager
33-55 B

MVX 83355
Phone 618.346.0347
Fax 618.346.0350

"For background use only. Do not discuss or distribute Outside of Merck"



# Award of Excellence

**to**

# LISA GIACOMINI-FAY

*for your support in assisting with the temporary coverage of several speakers in a vacant ASR territory.*

Thomas Spradling,
Executive A&A Business Manager
District 68-78



# *Congratulations!*

*You are a Top Performer!!!*

*A VP Winner Photo Reception will be held in your honor following the awards dinner.*

*Please meet in the Atlanta Room at 9:00 pm.*

# SALES PERFORMANCE REVIEW FOR

## EMPLOYEE INFORMATION

| | | | |
|---|---|---|---|
| Name: | Lisa Giacomini | Region/District/Territory#: | 28-55-9672 |
| WEIN #: | 10079863 | | |
| Position Title: | Professional Sales Representative | | |
| Manager Name: | Tom McKnight | | |
| Review Period: | FROM: 01/01/2000 | TO: | 01/01/2000 |

## Section 1: SALES RESULTS

| Possible Points | | PPO % | POINTS |
|---|---|---|---|
| 40 | Group PPO% (Group Product PPO A or B) B | 100 | 25 |
| | • List products here: Fosamax Vioxx Singulair | | POINTS |
| 20 | Local Metric – Market Share/Share Change/Other | | 14 |
| 60 points | OVERALL CONTRIBUTION TO SALES RESULTS | | 39 / 60 |

## Section 2: APPLICATION OF KEY SALES MANAGEMENT COMPETENCIES

**8-point Scale**
8= Consistently applied all desired behaviors/skills
4= Applied a majority of the desired behaviors/skills
0= Did not consistently apply the behaviors/skills expected
6= Consistently applied most desired behaviors/skills
2= Applied some desired behaviors/skills, requires further development
NR = Not Rated

| Competency | Rating | Comments |
|---|---|---|
| **Selling Skills (8 points)** Utilizes all elements of the Needs Based Selling Model to gain physical and mental access to targeted customers. Delivers sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provides customer with Fair Balance in sales discussions. Uses appropriate, specific, and measurable closing statements to gain commitment from the customer for product usage. | 4 | Lisa has increased her effectiveness in product promotion through more specific pre-call planning and consistent use of sales resources. She completed Milestone Coursework has contributed to her development in this area, as she has become more proficient at handling obstacles and more consistent in closing MDs. Her progress in this area is noteworthy and continued growth in these skills will contribute to her success in 2001. |
| **Product & Disease Knowledge (8 Points)** Demonstrates appropriate use of product and disease knowledge to effectively differentiate our products from the competition. Integrates product and disease knowledge, in accordance with Corporate and Federal guidelines, to support current marketing strategy. Utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence. | 4 | Lisa has confident product knowledge in the Asthma market. Balancing this strength with broader product knowledge in the Arthritis and Osteoporosis markets will increase her effectiveness. Success in 2001 will also involve pre-call planning that incorporates various resources into call preparation toward the MD need, issue or concern versus a standard detail approach. |
| **Customer Knowledge (8 points)** Develops and delivers targeted sales messages based on the knowledge of customer prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making. Work cross-functionally (NAE, Hosp & Spec) to develop and deliver targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offer solutions to Managed Care needs where applicable. | 4 | Lisa has an increasing knowledge of MD community in the Springfield geography. With the growing MC influence in her geography, a broader understanding of MC as it relates to MD treatment behaviors will increase her effectiveness. I would also like to see Lisa more solution oriented as it relates to Managed Care issues. |
| **Business Management (8 Points)** Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats. Demonstrates proficiency in utilizing Insight and Merlin to effectively enter pre-call plans and post-call notes. Demonstrates judicious use of allocated resources (i.e. Samples, HEL & FMC), based on knowledge of customers and therapeutic markets, for targeted customers. Demonstrates the ability to schedule, plan and conduct effective HEL programs on identified targeted customers. Measures R.O.I. on resource allocation and makes adjustments accordingly. | 6 | Lisa has managed her HEL funds within budget and has effectively targeted her resources toward high targets. She has become very proficient at planning and implementing effective HEL programs. In 2001 I would like to see the Lisa invest more of her cluster's Singulair HEL funds into peer-to-peer programs with Regional Speakers to increase ROI. |
| **Teamwork (8 Points)** Develops and maintains effective/productive cross-functional working relationships. Demonstrates awareness of, and leverages, strengths of diversity to maximize cross-functional skill set application. Communicates goals/objectives and demonstrates an understanding of their cross-functional impact. Executes cluster/district/region/national initiatives to ensure pull through of strategy (e.g. lead rep/point responsibilities) and proactively measures impact. | 6 | Lisa is respected and appreciated by her teammates. She continues to demonstrate the ability to work with a variety of personality styles. As point for Singulair she has demonstrated the ability to work well with her RSR counterpart in advocate development and HEL planning. |
| OVERALL APPLICATION OF KEY SALES MANAGEMENT COMPETENCIES | | 24 / 40 |
| Total Points: | | 63 / 100 |

**Name:**

**Section 3: OVERALL SUMMARY OF INDIVIDUAL PERFORMANCE**

***Overall Contribution Summary:*** This section must be completed by the manager and should include a brief narrative summary of the employee's overall performance, leadership contributions and relevant individual performance (e.g. key projects, point responsibilities etc.)

In 2000 Lisa was co-point for Singulair in the cluster. In this capacity she worked very closely with her RSR and MVD counterpart to develop advocates and manage HEL programs. Lisa's cluster had the highest %PPO in the district due to share gains above the region during the second and third quarters.

Her customers appreciate her for her warm personality and friendly demeanor ~~appreciate her~~. I continue to observe a growing customer loyalty to Merck products because of Lisa.

In 2000 the cluster finished 100% to plan and ranked 16/20 in the region. The cluster's market share ranks were as follows:

- 20th in the Bisphosphonate market; 12th in the FAME market.
- 16th in Celebrex share gap; 19th in A/AI share and share change.
- 7th in Serevent share gap; 18 in Flovent share gap; 19th Singulair TRx share and 10th TRx share change.

**PERFORMANCE SUMMARY**

| | | | |
|---|---|---|---|
| ***Performance Rating:*** | ☐ TP (Top Performer) ☐ RI (Requires Improvement) | ☐ EE (Exceeds Expectations) ☐ NA (Not Acceptable) | ☐ ME (Meets Expectations) ☐ NR (Not Rated) |
| ***Rating Given:*** | Meets Expectations | | |

- There is an expectation that a rating of TP or EE requires achievement of at least 100% Group PPO
- A rating of TP or EE requires a minimum of a MEDIUM Leadership Rating
- NR (Not Rated) only applies to NEW (to Merck) HIRES in the territory less than 6 months
- The manager may consider other relevant individual performance which may impact the final performance

**SECTION 4: PERFORMANCE TO MERCK LEADERSHIP PRINCIPLES**

*Complete Leadership Assessment Form to determine evaluation*

| | High | Medium | Low |
|---|---|---|---|
| Degree to which employee demonstrated Merck Leadership Principles in daily activities | | * | |

**SECTION 5: EMPLOYEE COMMENTS:**

| | | Initials | Date |
|---|---|---|---|
| | **NEXT LEVEL MANAGER:** *I have reviewed the employee's comments* | | |

| Signatures: | Date: |
|---|---|
| Employee: [signature] (signature does not necessarily indicate agreement) | 3-14-01 |
| Manager: [signature] | 3-14-01 |
| Next Level Manager: | |

# Leadership Assessment Form*

EMPLOYEE NAME: Lisa Giacomini-Fay

| Principles | Individual Competencies | Effectiveness/Frequency | | |
|---|---|---|---|---|
| | | High | Medium | Low |
| Know & Develop Yourself | ***Actions Reflect a High Degree of Integrity and Ethics***<br>• Is proactive in creating an ethical business environment in his/her unit<br>• Helps to ensure that others understand and act in alignment with Merck's ethical business practices and policies<br>• Takes immediate action if he/she observes apparent unethical behaviors or situations | √ | | |
| | ***Builds Effective Working Relationships***<br>• Cooperates with others<br>• Resolves conflicts with employees at all levels<br>• Manages stress and pressure with grace<br>• Accepts responsibility for decisions<br>• Places the Company's goals above one's own self-interest<br>• Has a positive and constructive approach when dealing with others<br>• Builds strong relationships within and across functions | √ | | |
| | ***Continuously Learns***<br>• Applies new knowledge rapidly<br>• Continually seeks out opportunities for professional development<br>• Actively seeks feedback from others<br>• Fully develops his/her functional/technical skills | | √ | |
| | ***Capitalizes on Opportunities to Contribute***<br>• Finds constructive solutions to problems<br>• Takes the initiative in generating innovative ideas that capitalize on opportunities<br>• Generates creative solutions to problems<br>• Responds with flexibility to changing situations<br>• Manages effectively in uncertain or ambiguous situations<br>• Makes decisions in a timely manner<br>• Does not hesitate to raise important business or Leadership issues to his/her management | | √ | |
| Know & Develop Our Business | ***Focuses on the Customer***<br>• Responds effectively to external customer needs<br>• Responds effectively to internal customer needs<br>• Personally supports Merck's commitment to community responsibility<br>• Understands the needs of customers to serve them better | √ | | |
| | ***Integrates Ideas and Collaborates with Others***<br>• Fully supports corporate and divisional goals<br>• Recognizes how his/her actions affect other parts of Merck's business<br>• Solicits ideas/best practices from others<br>• Shares ideas/best practices with others<br>• Follows through on commitments<br>• Capitalizes on opportunities to work with others cross-functionally (e.g., teams, task forces, other jobs/projects, etc.) | | √ | |
| | ***Thinks and Acts Strategically***<br>• Knows Company's product line and therapeutic areas<br>• Stays abreast of global trends in the external environment that impact our business (i.e., markets, customers, regulatory, political, competitors, technology, industry, etc.)<br>• Considers cross-functional, division, business and geographic implications before making business decisions<br>• Balances short-term and long-term priorities to maximize results<br>• Manages resources effectively<br>• Takes prudent risks | | | √ |

*Applicable to all employees, except for those covered by a collective bargaining agreement.

# Leadership Assessment Form*

EMPLOYEE NAME: Lisa Giacomini-Fay

| Principles | Productive Work Environment | Effectiveness/Frequency: High | Effectiveness/Frequency: Medium | Effectiveness/Frequency: Low |
|---|---|---|---|---|
| Know, Support, & Develop Our People | ***Sets Clear Objectives***<br>• Works with employees to develop challenging but achievable objectives that clearly support organizational goals<br>• Ensures that individual and team goals are aligned with department, divisional, and Merck goals<br>• Organizes work to support key processes and goals<br>• Works with employees to ensure a realistic work load that supports value-added work and work-life balance | | N/A | |
| | ***Uses Feedback Effectively***<br>• Gives employees clear feedback regarding their performance<br>• Gives employees clear feedback regarding their strengths, weaknesses and areas for development | | N/A | |
| | ***Recognizes and Rewards Performance***<br>• Recognizes others for their contributions<br>• Rewards and celebrates excellent business and leadership accomplishments | | N/A | |
| | ***Trains and Develops Employees***<br>• Supports employees to improve their skills and performances<br>• Provides opportunities for development, such as cross-functional assignments, job rotations, stretch assignments, etc.<br>• Delegates decision making to the most appropriate level<br>• Attracts and retains good people | | N/A | |
| | ***Treats Employees With Dignity and Respect***<br>• Displays fairness in applying policies and practices for all employees<br>• Demonstrates consistency in applying policies and practices for all employees<br>• Works well with all types of people<br>• Demonstrates sensitivity to employees when personal situations/crises arise | | N/A | |
| Communicate | ***Communicates Openly and Effectively***<br>• Communicates honestly<br>• Communicates on an on-going basis<br>• Communicates effectively in writing<br>• Speaks effectively<br>• Actively shows he/she has captured the essence of what another says before giving own ideas | | √ | |
| | ***Communicates a Vision***<br>• Communicates a compelling vision for his/her organization/group<br>• Is able to align others around a positive direction<br>• Shares strategies for growing our business for the long-term | | √ | |

**Instructions:**

1. Review each Leadership principle, cluster and related behaviors and assess how well the employee performs against them. You may consider the behaviors in a group, or discuss individual behaviors as appropriate. This discussion should be scheduled as early in the year as possible to allow sufficient time for actions prior to the year-end appraisal.

2. Decide whether the employee's performance is High, Medium or Low for each cluster. Focus on the quality and consistency of behavior as follows:

   - **High** - Serves as an outstanding example to others in demonstrating Merck's leadership principles, practices, and teamwork. (Highly Effective, Continuous)
   - **Medium** - Adequately demonstrates Merck's leadership principles, practices, and teamwork. (Effective, Occasional)
   - **Low** - Needs improvement in demonstrating commitment to Merck's leadership principles, practices, and teamwork. (Not Effective, Rare)

If the behaviors in the cluster are not applicable to a particular employee, mark that cluster "N/A."

3. Identify strengths and key areas for improvement across all of the clusters.

*Applicable to all employees, except for those covered by a collective bargaining agreement.

 # YEAR END EMPLOYEE INPUT FORM (REPRESENTATIVE)

WEIN: 10079863

R-D-T :28559672

NAME: Lisa Giacomini-Fay

TITLE: Sales representative

FROM: Lisa M. Giacomini-Fay

TO: Tom McKnight

I. SALES RESULTS

| | PPO | Growth |
|---|---|---|
| Vioxx | 105% | 711% |
| Fosamax | 109% | 17% |
| Singulair | 95% | 58% |
| Total | 102% | |

II. APPLICATION OF KEY SALES COMPETENCIES (Please list specific accomplishments)

**Selling Skills**
(Utilizes all elements of the Needs Based Selling Model to gain physical and mental access to targeted customers. Delivers sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provides customer with Fair Balance in sales discussions. Uses appropriate, specific, and measurable closing statements to gain commitment from the customer for product usage).

Precall planning, analyizing PDM data for key physicians, daily rapport with office staff and physicians, detail binder for strong effective details, milestone class where details are videotaped for enhancing needs based selling model, incorporating key messages at HEL programs by meeting with speaker ahead of time to review key takeaways for audience, tutorial with key physicians before and after HEL programs to ensure key elements and takeaways of message, creative use of gift baskets and FMC funds for lunches etc., detailed story binder to enhance communication of messaging of products, constant leave behinds in offices, use of support /limit, strong close and asking for the business, able to sell against the competition, scheduling and follow through in FMC lunches to gain access and build rapport while promoting products, sampling of products, #1 District in region for detailing Singulair at Training consultants meeting in Indy (July). # 7 in region in detailing Singulair at training consultants program in Indy (July).

**Product & Disease Knowledge**
(Demonstrates appropriate use of product and disease knowledge to effectively differentiate our products from the competition. Integrates product and disease knowledge, in accordance with Corporate and Federal guidelines, to support current marketing strategy. Utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products).

**Able to successfully sell vs the competition, able to use merlin and PDM data to see what the physicians are writing and able to focus messaging around specific issues for each physician, milestone courses selling with reprints (classroom and nonclassroom), incorporating reprints in my daily use of messaging with my detail story binder, utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products, singulair mission teleconfernces, fosamax once weekly teleconferences, and vioxx teleconferences, successfully completing all exams on a timely manner.**

**Customer Knowledge**
(Develops and delivers targeted sales messages based on the knowledge of customer prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making. Work cross-functionally

(NAE, Hosp & Spec) to develop and deliver targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offer solutions to Managed Care needs where applicable).

Delivers targeted sales messages based on the knowledge of customers prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making, work crossfunctionally with spec rep, vaccine rep and hospital reps to devolop and deliver target provider and payor messages specific to the customer, attended Hamp meeting with Paul Ward and spfld counterparts, effectively analize merlin and PDM data for each specific physician, acquire key specialist to speak for HEL programs, review data before and after speaking engagement, followup with physicians attending HEL program, gaining managed care info through key pharmacist, instrumental in getting key pharmacist to attend Visiting National Consultants meeting on Singulair, and other HEL programs

**Business Management**
(Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats. Demonstrates proficiency in utilizing Insight and Merlin to effectively enter pre-call plans and post-call notes. Demonstrates judicious use of allocated resources (i.e. Samples, HEL & FMC), based on knowledge of customers and therapeutic markets, for targeted customers. Demonstrates the ability to schedule, plan and conduct effective HEL programs on identified targeted customers. Measures R.O.I. on resource allocation and makes adjustments accordingly).

**Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats, proficiency in utilizing Insight and Merlin to effectivley enter precall plans andpost call notes. Computer Excell training, Family Science Day Training. WAR and expenses in on a timely manner, OAN for product info and leave behinds. Creatie use of HEL and FMC resources. Demonstrates the ability to schedule, plan and conduct the following HEL programs for 2000:**

Feb 8 Dr Pick- vioxx/Fosamax roundtable
Feb 25 Dr Stern vioxx/fosamax roundtable
Mar 15 Dr Despot Singulair roundtable
April 12/13 Dr Wolf VNC Singulair
April 19 Dr Zinzilieta, Navins, Klien and Sweetland Fosamax remote speaker teleconf
May 5 Dr Trapp Fosamax remote speaker teleconf
May 15 Dr Trapp tutorial
May 18 Dr eagleton Tuorial
June 3 Asthma Camp for Kids Dr Alexander
June 5 American lung assoc golf display
June 11 Dr Prasad Singulair roundtable Knight's action park
July6 Dr Yap tutorial
July 22 Dr Despot roundtable Knight's action park
Aug 3 Dr Prasad lunch tutorial
Aug 31 Dr Despot roundtable
Spfld Clinic 4th floor lunches, one a month
Sept 25 Dr Fink VNC Singulair
Sept 26 Dr Fink VNC tutorial with Dr Kulkarni, Dr eagleton
Oct 12 Dr eagleton lunch tutorial
Oct 26 Dr Despot Singulair roundtable
Nov 8 Dr Carpenter Singulair program
Nov 9 Dr carpenter grand rounds
Nov 18 Dr eagleton Singulair roundtable
Nov 29 Dr Brown Dr Juranik Fosamax training consultants program

**Teamwork**
(Develops and maintains effective/productive cross-functional working relationships. Demonstrates awareness of, and leverages, strengths of diversity to maximize cross-functional skill set application. Communicates goals/objectives and demonstrates an understanding of their cross-functional impact. Executes cluster/district/region/national initiatives to ensure pull through of strategy (e.g. lead rep/point responsibilities) and proactively measures impact).

Consistent communication among clustermates, specialty reps(respiratory and vaccine), and business manager. Consistent

communication among Business Manager to keep updated on HEL events and other issues in the field. War notes each week to Business Manager on key issues on territory. Maintains effective crossfunctional working relationships. Communicates goals and objective to other clustermates. Summarizes main takeaways for other clustermates from teleconferences, meetings and HEL programs. Executes HEL ideas and carries them out with help of teamwork from both clustermates and specilty reps. Lead point rep for Singulair, constantly keeping teammates up to date on key physicians, prescribing habits, interests and overall sales objective. Spent day in the field with new hire, helped new hire with sample transfer. Hamp meeting with Paul Ward and clustermates.

**Other Accomplishments**:
Singulair goal to control contest 2nd place, 39 completed forms returned
Two "Just Do It " Awards for successful HEL coordinating and planning of Singulair Programs.
"Award of Excellence" for Singulair Visiting National Consultants meeting (Dr. Wolfe program) (April 2000)
#7 in the region for detailing at the Indianapolis Singulair training consultants program.(July, 2000)

EMPLOYEE'S SIGNATURE (Optional): [signature] DATE: 11/30/00

# SALES PERFORMANCE REVIEW FORM

...e manager to assess overall performance during the year will complete this form. The factors assessed below will provide input to the final performance rating. ...owever, the Director may consider other individual performance factors when assigning the final rating.

**...MPLOYEE INFORMATION**

| | | | |
|---|---|---|---|
| ...lame: | Lisa Giacomini-Fay | **Region/District/Territory#:** | 33-55-0673 |
| ...VEIN #: | 10079863 | | |
| ...osition Title: | Professional Representative II | | |
| ...lanager Name: | Sarah Sullivan | | |
| ...eview Period: | **FROM:** 01/01/2001 | **TO:** | 12/31/2001 |

**Section 1: SALES RESULTS**

| Possible Points | | PPO% | POINTS |
|---|---|---|---|
| 40 | **Group PPO% (Group Product PPO A, B or C)** | 91 | 11.5 |
| | • **List products here:** **Fosamax Vioxx Singulair** | | POINTS |
| 20 | **Local Metric – Market Share/Share Change/Other** | | 12.5 |
| **60 points** | **OVERALL CONTRIBUTION TO SALES RESULTS** | | 24 / 60 |

**Section 2: APPLICATION OF KEY SALES MANAGEMENT COMPETENCIES**

**8-point Scale**
8= Consistently applied all desired behaviors/skills
4= Applied a majority of the desired behaviors/skills
0= Did not consistently apply the behaviors/skills expected
6= Consistently applied most desired behaviors/skills
2= Applied some desired behaviors/skills, requires further development
NR = Not Rated

| Competency | Rating | Comments |
|---|---|---|
| **Selling Skills (8 points)** Utilizes all elements of the Needs Based Selling Model to gain physical and mental access to targeted customers. Delivers sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provides customer with Fair Balance in sales discussions. Uses appropriate, specific, and measurable closing statements to gain commitment from the customer for product usage. | 4 | Lisa attended a Raising the Bar milestone course in November. Her strategic questions and closing skills improved following this session. Lisa's discussions would benefit from greater tailoring of the message to the determined needs of the physician. |
| **Product & Disease Knowledge (8 Points)** Demonstrates appropriate use of product and disease knowledge to effectively differentiate our products from the competition. Integrates product and disease knowledge, in accordance with Corporate and Federal guidelines, to support current marketing strategy. Utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products. | 4 | Lisa has held point responsibilities for each primary product in 2001. In 2002 it is expected that the 2 + 1 selling model will give you the opportunity to achieve greater depth of with Fosamax and Vioxx. |
| **Customer Knowledge (8 points)** Develops and delivers targeted sales messages based on the knowledge of customer prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making. Work cross-functionally (NAE, Hosp & Spec) to develop and deliver targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offer solutions to Managed Care needs where applicable. | 2 | There is an opportunity to more consistently deliver provider messages to customers. Doing so should increase access, as well as physician confidence in prescribing our products. |
| **Business Management (8 Points)** Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats. Demonstrates proficiency in utilizing Insight and Merlin to effectively enter pre-call plans and post-call notes. Demonstrates judicious use of allocated resources (i.e. Samples, HEL & FMC), based on knowledge of customers and therapeutic markets, for targeted customers. Demonstrates the ability to schedule, plan and conduct effective HEL programs on identified targeted customers. Measures R.O.I. on resource allocation and makes adjustments accordingly. | 4 | Lisa improved on her rapport with customers by providing two VNCs, one in conjunction with the Springfield Clinic.There is an opportunity to focus on the targets and their individual issues. It is expected that tactical plans will be maintained in 2002. |
| **Teamwork (8 Points)** Develops and maintains effective/productive cross-functional working relationships. Demonstrates awareness of, and leverages, strengths of diversity to maximize cross-functional skill set application. Communicates goals/objectives and demonstrates an understanding of their cross-functional impact. Executes cluster/district/region/national initiatives to ensure pull through of strategy (e.g. lead rep/point responsibilities) and proactively measures impact. | 6 | Lisa was at one time point person for each product promoted by the B side. The new sales model and increased focus should provide more consistency in 2002. Lisa seeks out opportunities to collaborate with counterparts and specialty representatives. |
| **OVERALL APPLICATION OF KEY SALES MANAGEMENT COMPETENCIES** | | 20 /40 |
| **Total Points:** | | 44 /100 |

**Name:**

**Section 3: OVERALL SUMMARY OF INDIVIDUAL PERFORMANCE**

***Overall Contribution Summary:*** This section must be completed by the manager and should include a brief narrative summary of the employee's overall performance, leadership contributions and relevant individual performance (e.g. key projects, point responsibilities etc.)

Overall performance (December YTD) for the Springfield cluster was as follows: Fosamax 99.5% (#13 in Region), Singulair 95.5% (#8 in Region), and Vioxx 80.4% (#15 in Region). From the market share grid perspective, the Springfield cluster ranked 15 of 16 cluster. For Vioxx YTD share change, Springfield ranked #12 (-1), Fosamax YTD share change rank was #11 (3.51) and Singulair YTD share change rank was #10 (2.79). Springfield has been battling both Actonel and Celebrex for share all year. It is expected that share will grow in 2002.

**PERFORMANCE SUMMARY**

| | | | |
|---|---|---|---|
| ***Performance Rating Descriptions:*** | **TP (Top Performer)**<br>**RI (Requires Improvement)** | **EE (Exceeds Expectations)**<br>**NA (Not Acceptable)** | **ME (Meets Expectations)**<br>**NR (Not Rated)** |
| ***Rating Given:*** | **~~Not Rated~~** Meets Expectations | | |

- **There is an expectation that a rating of TP or EE requires achievement of at least 100% Group PPO**
- **A rating of TP or EE requires a minimum of a MEDIUM Leadership Rating**
- **NR (Not Rated) only applies to NEW (to Merck) HIRES in the territory less than 6 months**
- **The manager may consider other relevant individual performance which may impact the final performance**

**SECTION 4: PERFORMANCE TO MERCK LEADERSHIP PRINCIPLES**
*Complete Leadership Assessment Form to determine evaluation*

| | Check here if not rated → | High | Medium | Low |
|---|---|---|---|---|
| Degree to which employee demonstrated Merck Leadership Principles in daily activities | | | * | |

**SECTION 5: EMPLOYEE COMMENTS**

| | | Initials | Date |
|---|---|---|---|
| | **NEXT LEVEL MANAGER:**<br>*I have reviewed the employee's comments* | | |

| **Signatures:** | | **Date:** |
|---|---|---|
| Employee: (signature does not necessarily indicate agreement) | [signature] | 2-19-02 |
| Manager: | [signature] | 2.19.02 |
| Next Level Manager: | [signature] | 4/12/02 |

 E-FILED
Wednesday, 01 November, 2006 10:41:05 AM
Clerk, U.S. District Court, ILCD

# YEAR END EMPLOYEE INPUT FORM (REPRESENTATIVE)

WEIN: 10079863

NAME: Lisa M. Giacomini-Fay

FROM: Lisa Giacomini-Fay

R-D-T: 33-55-0673

TITLE: Professional Representative II

TO: Sarah Sullivan

## I. SALES RESULTS

| | PPO | Growth |
|---|---|---|
| Vioxx | 77% | 17% |
| Fosamax | 98% | 28% |
| Singulair | 95% | 50% |
| Total | 89% | |

## II. APPLICATION OF KEY SALES COMPETENCIES (Please list specific accomplishments)

**Selling Skills**

(Utilizes all elements of the Needs Based Selling Model to gain physical and mental access to targeted customers. Delivers sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provides customer with Fair Balance in sales discussions. Uses appropriate, specific, and measurable closing statements to gain commitment from the customer for product usage).

Precall planning, analyzing merlin/insight data for key physicians, daily rapport with office staff and physicians, detail binder for delivering strong effective detail messages, milestone classes to enhance selling skill needs, Point lead representative for singulair, fosamax and vioxx throughout the year, acquire key local, regional and national level speakers to come to Spfld to meet with key physicians in therapeutic area, incorporating key messages at HEL programs by meeting with the speaker ahead of time to review key takeaways for audience, tutorials with key physicians before and after HEL programs to ensure key elements and takeaways of message, creative use of FMC funds for lunches etc., Deliver sales messages, in accordance with Corporate and Federal guidelines, specific to customer needs with appropriate balance of sales aids and resources. Provide customer with fair balance in sales discussions, use appropriate,specific and measurable closing statements to gain commitment from the customer for product usage.

**Product & Disease Knowledge**

(Demonstrates appropriate use of product and disease knowledge to effectively differentiate our products from the competition. Integrates product and disease knowledge, in accordance with Corporate and Federal guidelines, to support current marketing strategy. Utilizes competitive product knowledge in planning and delivering sales messages specific to customer's prescribing behaviors to generate customer confidence and product usage for Merck products).

**Able to successfully sell vs the competition, use of merlin/insight and monthly data to see what physicians are writing and able to focus messaging arraign specific issues or concerns for each physician, milestone classes, incorporating reprints in my daily use of messaging with my detail pieces, utilizing competitive product knowledge in planning and delivering sales messages specific to my customer's prescribing habits to generate customer confidence and product usage for Merck's products, singulair, fosamax and vioxx teleconferences. Integrates product and disease knowledge in accordance with Corporate and federal guidelines to support current marketing strategy.**

**Customer Knowledge**

(Develops and delivers targeted sales messages based on the knowledge of customer prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making. Work cross-functionally (NAE, Hosp & Spec) to develop and deliver targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offer solutions to Managed Care needs where applicable).

Delivers targeted sales messages based on the knowledge of customers prescribing behaviors, confidence in Merck products and an overall understanding of factors that influence customer decision making, work crossfunctionally with specialty reps, vaccine reps, and hospital reps to develop and deliver target and payor messages specific to the customer, attend HAMP meeting with Paul Ward and other splfd counterparts, effectively analyze merlin and monthly data for each specific physician. Acquire key specialist to speak for HEL programs, review data before and after speaking program, followup with physicians attending HEL program, gaining managed care info through key pharmacist, instrumental in getting key pharmacist to attend Symposium program on vioxx, and other HEL activities.

(Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats. Demonstrates proficiency in utilizing Insight and Merlin to effectively enter pre-call plans and post-call notes. Demonstrates judicious use of allocated resources (i.e. Samples, HEL & FMC), based on knowledge of customers and therapeutic markets, for targeted customers. Demonstrates the ability to schedule, plan and conduct effective HEL programs on identified targeted customers. Measures R.O.I. on resource allocation and makes adjustments accordingly).

**Coordinates with counterparts and conducts routine territory/business analysis to identify business opportunities and competitive threats, proficiency in utilizing Insight/merlin data to effectively enter precall plans and postcall notes. WAR reports and expenses on a timely manner, OAN for product info leave behind, demonstrate ability to schedule, plan and conduct cluster meetings, HEL activities and assist new hires in routine daily planning and routing.**

**Teamwork**

(Develops and maintains effective/productive cross-functional working relationships. Demonstrates awareness of, and leverages, strengths of diversity to maximize cross-functional skill set application. Communicates goals/objectives and demonstrates an understanding of their cross-functional impact. Executes cluster/district/region/national initiatives to ensure pull through of strategy (e.g. lead rep/point responsibilities) and proactively measures impact).

Great consistent communication among clustermates (A,B and C groups), specialty reps, hospital and business manager. Consistent communication among business manager to keep updated on HEL events and other issues in the field. WAR notes each week to keep business manager updated on key issues in territory. Maintains effective crossfunctional working relationships with others, communicates goals and objectives with clustermates and business manager, summarizes main takeaways for other clustermates from teleconferences, meetings and HEL programs. Presented key product info at district and cluster meetings, Executes HEL ideas and carries them out with the help of clustermates and spec reps, lead point rep for Singulair, fosamax and vioxx throughout the year, constantly keeping teammates up to date of key physicians, prescribing habits, interests and overall sales objective, spend several days in the field orientating new hires.

**Other Accomplishments:**

Singulair VNC for "Medicine for Today" with Dr. Goldberg
Vioxx VNC symposium/grant for Spfld clinic Fall Symposium with Dr. Tanner
Vioxx roundtable with managed care prior authorization best practices with Dr. Trapp's office
Training Consultants Programs for Singulair and Vioxx
Fosamax remote speaker teleconference with Dr Diemer and five local offices (district wide teleconference)
Presented advantages of Fosamax vs Actonel at 2S meeting in Galena.

EE'S SIGNATURE (Optional): [signature] DATE: 1-11-01

MERCK

Restricted Confidential limited access

# Year-End Review Form - USHH

| | | | |
|---|---|---|---|
| NAME | Lisa Giacomini-Fay | DIV/ORG/DEPT | USHH |
| WIN | 10079863 | TITLE | Professional Representative II |
| GRADE | 08 | PERFORMANCE PERIOD | Jan/2002 TO Dec/2002 |
| | | MANAGER NAME | Sarah Sullivan |

## PART II: YEAR-END REVIEW

The purpose of the Year-End Review is to recognize employee accomplishments and demonstration of performance dimensions against objectives and identify strengths and development needs indicated by the employee's performance.

Before starting your evaluation, review the performance input you have collected (including the updated Results/Progress Achieved section in Part I of the employee's Personal Performance Grid, feedback from identified stakeholders, and your own observations), and have the employee's Personal Performance Grid to refer to.

*Instructions: Double-click* [Help] *at any time to read / print instructions on how to complete the Year-End Review form.*

**Section A: Evaluation of Objectives** (Completed by the manager)

*Double-click* [Start] *to begin.*

MERCK

Restricted
R Confidential
limited access

| 1. OBJECTIVE: To Meet and Exceed Plan | Points (Weights): 40 | | | | |
|---|---|---|---|---|---|
| | PERFORMANCE CONTINUUM | | | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | | X |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| • Timeliness | | | X | | |
| • Resource Utilization | | | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
As a B5 representative, Lisa's primary product responsibilities in 2002 were Vioxx and Fosamax. The group product PPO for Lisa was 112%. That ranked #1 within the B5 representatives in the Region. Fosamax finished at 103.9% to plan, greater than the Region, RBG or Nation, and ranked #3 in the Region. Vioxx finished at 123.8% to plan, again exceeding the Region, RBG or Nation and ranking #3 in the Region. Sales growth for Fosamax ranked #5 in the Region, and Vioxx's sales growth ranked #11.

**5. Next Step** – *Double-click the button with the action you want to take:*
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Evaluate New Objective | Edit This Objective | Delete This Objective

MERCK

R Restricted Confidential limited access

**1. OBJECTIVE:** To Maximize Market Share Growth — **Points (Weights):** 10

| **2. EVALUATE PERFORMANCE DIMENSIONS** | PERFORMANCE CONTINUUM: *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
|---|---|---|---|
| • Results Achieved | | | X |
| • How Accomplished/Leadership | | X | |
| • Compliance | | | X |
| • Quality | | X | |
| • Resource Utilization | | | X |
| **3. EVALUATE OBJECTIVE OVERALL** | | | X |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
From a market share perspective, Fosamax's YTD market share change of +1.55 share points ranked #6 in the Region. That YTD share change exceeds the Region, RBG and Nation. Vioxx's share change of -6.84 ranked #4 in the Region and again exceeds the share change of the Region, RBG and Nation. Market share change early in the year qualified the Springfield team for runner-up in the Heartland Region Fast Start award.

**5. Next Step** – ***Double-click the button with the action you want to take:*** [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

MERCK

Restricted R Confidential limited access

**1. OBJECTIVE:** Selling Skills — **Points (Weights):** 8

| 2. EVALUATE PERFORMANCE DIMENSIONS | PERFORMANCE CONTINUUM: *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
|---|---|---|---|---|---|
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | X | | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
Lisa, early in the year we discussed the importance of eliminating 'filler words' in your sales discussions. Over the past year's field visits you have eliminated those fillers and your messages are much more confident-sounding as a result. Throughout the year, you incorporated more resources such as competitve prescribing information as well as reprints. You are an excellent and composed listener when customers present obstacles. Your composed responses make them more likely to be honest with you regarding perceptions they have of our products. You consistently close by gaining a commitment.

**5. Next Step** – ***Double-click the button with the action you want to take:*** [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

MERCK

Restricted R Confidential limited access

| 1. OBJECTIVE: Product and Disease Knowledge | Points (Weights): 8 | | |
|---|---|---|---|
| | PERFORMANCE CONTINUUM | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Compliance | | X | |
| • Quality | | X | |
| • Resource Utilization | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
At the beginning of the year your product and disease knowledge was stronger for Vioxx than it was for Fosamax. As the year progressed you made outstanding progress regarding familiarity with Fosamax as well as competitive agents. You used the time in the Group B journal club and leveraged specialty representatives to develop your product and disease knowledge.

**5. Next Step** – ***Double-click the button with the action you want to take:***
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Evaluate New Objective | Edit This Objective | Delete This Objective

MERCK

R Restricted Confidential limited access

**1. OBJECTIVE:** Customer Knowledge **Points (Weights):** 8

| 2. EVALUATE PERFORMANCE DIMENSIONS | PERFORMANCE CONTINUUM: *Delivered Significantly Below Objective* | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
|---|---|---|---|---|
| • Results Achieved | | | X | |
| • How Accomplished/Leadership | | | X | |
| • Compliance | | X | | |
| • Quality | | | X | |
| • Timeliness | | X | | |
| • Resource Utilization | | | X | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**

Lisa, you know the drivers in the Springfield market place well. You leveraged resources by organizing a visit from a Medical Director to two of your biggest customers. When a question arise regarding managed care you knew where to get the answers and then you used the information to differentiate yourself from other representatives. Communicating coverage of products and co-pays is important to your customers because it lets them know that you know the enviornment in which they practice. Continuing to learn the plans and the drivers will be an objective for 2003 as well.

**5. Next Step** – *Double-click the button with the action you want to take:* [Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

MERCK

Restricted R Confidential limited access

**1. OBJECTIVE:** Business Management **Points (Weights):** 8

| 2. EVALUATE PERFORMANCE DIMENSIONS | PERFORMANCE CONTINUUM | | | | |
|---|---|---|---|---|---|
| | *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
| • Results Achieved | | | | X | |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | X | | |
| • Resource Utilization | | | X | | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
In the second half of the year, the EPI plans for Vioxx were more strategic in both placement as well as speaker selection. Please apply those learnings to 2003 planning. Continue to try to employ smaller PDGs as well as eRSPs in attracting customers to events. As the year progressed you became more adept at using Early View information for both Bextra and Actonel. One of the opportunities for 2003 is to be sure that there is a synergy of messages on particular physicians. Teammates with the same promotional responsibility should be communicating the same messages to the same physicians.

**5. Next Step** – *Double-click the button with the action you want to take:*
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]

MERCK

Restricted R Confidential limited access

**1. OBJECTIVE:** Teamwork

**Points (Weights):** 8

| 2. EVALUATE PERFORMANCE DIMENSIONS | PERFORMANCE CONTINUUM: *Delivered Significantly Below Objective* | | *Delivered On Objective* | | *Delivered Significantly Above Objective* |
|---|---|---|---|---|---|
| • Results Achieved | | | | | X |
| • How Accomplished/Leadership | | | | X | |
| • Compliance | | | X | | |
| • Quality | | | | X | |
| • Timeliness | | | X | | |
| • Resource Utilization | | | | X | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | | X | |

**4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:**
Lisa, you do an excellent job of recognizing your peers for their contributions. This recognition has fostered a trusting team in Springfield. You contributed greatly to the team in 2002 through mentorship. As we go into 2003, please continue to be assertive in being sure that the workload is evenly distributed. As your peers become more tenured, more should be expected of them. The Vioxx success this year was largely without specialty support until the end of the year. You have made great efforts to be sure that the new specialty representative for Vioxx is fully integrated, creating this synergy will be important in reaching our goals in 2003.

**5. Next Step** – ***Double-click the button with the action you want to take:***
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Evaluate New Objective | Edit This Objective | Delete This Objective

MERCK

Restricted
R Confidential
limited access

| 1. OBJECTIVE: Personal Development Objectives | Points (Weights): 10 | | |
|---|---|---|---|
| | PERFORMANCE CONTINUUM | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Compliance | | X | |
| • Quality | | | X |
| 3. EVALUATE OBJECTIVE OVERALL | | X | |

4. EVALUATION OF OBJECTIVE, USING SPECIFIC EXAMPLES AND DATA:

1) Actively participates in the performance management process.
2) Completes all corporate sponsored training related to performance management.
3) Contributes to an environment where it is safe to speak up.
4) Enhance payor/ provider messages and knowledge of managed care.
5) Develop stronger peer leadership skills.

Lisa, congratulations on achieving such an outstanding year. Your progress on the personal development objectives, provider messages as well as peer leadership assisted you in reaching sales and market share success this year. I look forward to seeing what you with your teammates can accomplish in 2003.

5. Next Step – *Double-click the button with the action you want to take:*
* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Evaluate New Objective | Edit This Objective | Delete This Objective

MERCK

Restricted
R Confidential
limited access

Help

**Section B: Summary Evaluation on Objectives** (Automatically fills in ... with highest points (weights) first)

This is an at-a-glance summary of your overall evaluations of performance on each objective from Section A.

| Objective | Points (Weights) | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
|---|---|---|---|---|
| To Meet and Exceed Plan | 40 | | | X |
| To Maximize Market Share Growth | 10 | | | X |
| Personal Development Objectives | 10 | | X | |
| Selling Skills | 8 | | X | |
| Product and Disease Knowledge | 8 | | X | |
| Customer Knowledge | 8 | | X | |
| Business Management | 8 | | | X |
| Teamwork | 8 | | | X |
| | **100** | | | |

*Double-click* Refresh *if Section B does not automatically fill in or reflect changes you made.*

MERCK

Restricted
R Confidential
limited access

Help

**Section C: Summary of Employee's Overall Performance and Identification of Strengths & Development Needs** (Completed by the manager)

Based on your evaluation of the employee's performance and demonstration of performance dimensions, summarize the employee's overall accomplishments and identify areas of strength and development needs.

MERCK

Restricted
R Confidential
limited access

Help

## PART III: EMPLOYEE COMMENTS (Optional; completed by the employee)

In this section, the employee has the opportunity to add comments (e.g., statements about the review itself, information the employee would like to see included in the Year-End Review).

| 2nd Level Manager Name: * | 2nd Level Manager Signature: * | Date: |
|---|---|---|

**2nd Level Manager signature required only if employee adds comments*

Help

## PART IV: SIGNATURES: *

Written reviews should be signed by the manager and second level manager prior to the Year-End Review discussion with the employee. Following the discussion, the employee should also sign the form. If the Employee Comments section is used, the second level manager's signature is required in PART III, above.

| Employee Name: Lisa Giacomini-Fay | Employee Signature: [signature] | Date: 2-27-03. |
|---|---|---|
| Manager Name: Sarah Sullivan | Manager Signature: [signature] | Date: 2-27-03 |
| 2nd Level Manager Name: | 2nd Level Manager Signature: [signature] | Date 3/20/03 |

*Note: Manager signatures indicate that the steps in the Year-End Review have been followed. The employee's signature indicates that the manager has discussed the Year-End Review with the employee; it does not signify that the employee agrees with the content of the evaluation provided.

MERCK

Restricted Confidential limited access

# Lisa Giacomini-Fay
# 2003 Year-End Review

Last Saved: February 17, 2004

| | | | |
|---|---|---|---|
| NAME | Lisa Giacomini-Fay | DIV/ORG/DEPT | USHH/54C/61027 |
| WIN | 10079863 | TITLE | Professional Representative II |
| GRADE | 08 | PERFORMANCE PERIOD | Jan/2003 TO Dec/2003 |
| | | MANAGER NAME | Sarah Sullivan |

## PART II: YEAR-END REVIEW

The purpose of the Year-End Review is to recognize employee accomplishments and demonstration of performance dimensions against objectives and identify strengths and development needs indicated by the employee's performance.

Before starting your evaluation, review the performance input you have collected (including the updated Results/Progress Achieved section in Part I of the employee's Personal Performance Grid, feedback from identified stakeholders, and your own observations), and have the employee's Personal Performance Grid to refer to.

*Instructions: Double-click* [Help] *at any time to read / print instructions on how to complete the Year-End Review form.*

**Section A: Evaluation of Objectives** (Completed by the manager)

*Double-click* [Start] *to begin.*

Restricted
R Confidential
limited access

# Lisa Giacomini-Fay

| 1. OBJECTIVE: Meet or Exceed Planned Sales Objectives | Points (Weights): 25 | | |
|---|---|---|---|
| | PERFORMANCE CONTINUUM | | |
| 2. EVALUATE PERFORMANCE DIMENSIONS | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Quality | | X | |
| • Timeliness | | X | |
| • Resource Utilization | | X | |
| • Innovation | | X | |
| • Compliance | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | X | |

**4. DATA/EXAMPLES TO SUPPORT EVALUATION:**

As a B5 representative, Lisa's primary product responsibilities in 2003 were Vioxx, Fosamax, and Zocor. The group product PPO for Lisa was 97.7%. That ranked #8 within B5 representatives in the Region. Vioxx finished 101.5% to Plan, at the Region, less than the RBG, and at the nation's level, ranking #8 in the Region. Fosamax finished 94.2% to Plan, comparable to the Region, RBG and Nation. This sales performance ranked #7 in the Region. Zocor finished 97.3% to Plan, comparable to the Region, RBG and Nation. This sales performance ranked #10 in the Region. Sales growth for Vioxx ranked #8 in the Region, while Fosamax's sales growth ranked #10 and Zocor was #5.

**5. Next Step**—*If you wish to continue processing Objectives, double-click the appropriate button to the right. Otherwise you may print and save this document or continue to* *Section C.*

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

MERCK

Restricted Confidential limited access

# Lisa Giacomini-Fay

Points (Weights): 25

1. OBJECTIVE: Maximize Market Share Growth

| 2. EVALUATE PERFORMANCE DIMENSIONS | PERFORMANCE CONTINUUM: *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
| --- | --- | --- | --- |
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Quality | | X | |
| • Timeliness | | X | |
| • Resource Utilization | | X | |
| • Innovation | | X | |
| • Compliance | | X | |
| 3. EVALUATE OBJECTIVE OVERALL | | X | |

4. DATA/EXAMPLES TO SUPPORT EVALUATION:

From a market share perspective, Vioxx's YTD TRx market share change of -1.7 share points ranked #12 in the Region, exceeding the market share loss of the Region, RBG and the Nation. Fosamax share declined -5.1 share points, exceeding the Region, RBG, and nation, and ranked #15 in the Region.

Lisa was a runner up for 3rd place for the Heartland Region Dash for the Cash award by growing Fosamax share +2 points in the August RCQ.

5. Next Step – *If you wish to continue processing Objectives, double-click the appropriate button to the right. Otherwise you may print and save this document or continue to* Section C.

[Evaluate New Objective] [Edit This Objective] [Delete This Objective]

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Restricted
R ♦ Confidential
limited access

# MERCK

## Lisa Giacomini-Fay

**1. OBJECTIVE:** Quality Customer Selling                     Points (Weights): 30

**2. EVALUATE PERFORMANCE DIMENSIONS**

| | PERFORMANCE CONTINUUM | | |
|---|---|---|---|
| | Delivered Significantly Below Objective | Delivered On Objective | Delivered Significantly Above Objective |
| • Results Achieved | X | | |
| • How Accomplished/Leadership | | X | |
| • Quality | | X | |
| • Timeliness | | X | |
| • Resource Utilization | | X | |
| • Innovation | | X | |
| • Compliance | X | | |

**3. EVALUATE OBJECTIVE OVERALL**

**4. DATA/EXAMPLES TO SUPPORT EVALUATION:**

Lisa, during the year we identified a few things that are necessary for you to meet expectations established for Quality Customer Selling. We worked on strategic probing questions, and delivering them in a give/get manner. You did demonstrate the ability to ask open-ended questions, but the opportunity remains for them to be clear, concise and used consistently. In 2004, it will be necessary for you to stop and ask why your customers select various products. Learning what experience and impressions motivate your customers is critical. Once you have listened to their beliefs, you can then move onto selecting the right message and the right resource. You have entered and referenced customer beliefs, and your habits around using those tools will help. Demonstrating QCS skills is the most important opportunity for you to focus on in 2004.

**5. Next Step** – *If you wish to continue processing Objectives, double-click the appropriate button to the right. Otherwise you may print and save this document or continue to 'Section C.*

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

[Evaluate New Objective]   [Edit This Objective]   [Delete This Objective]

MERCK

Restricted R Confidential limited access

# Lisa Giacomini-Fay

**Points (Weights):** 10

**1. OBJECTIVE:** Business Planning and Execution

| 2. EVALUATE PERFORMANCE DIMENSIONS | Delivered Significantly Below Objective | | Delivered On Objective | | Delivered Significantly Above Objective |
|---|---|---|---|---|---|
| • Results Achieved | | | X | | |
| • How Accomplished/Leadership | | | X | | |
| • Quality | | | X | | |
| • Timeliness | | | | X | |
| • Resource Utilization | | | | X | |
| • Innovation | | | X | | |
| • Compliance | | X | | | |
| **3. EVALUATE OBJECTIVE OVERALL** | | | X | | |

**4. DATA/EXAMPLES TO SUPPORT EVALUATION:**

Lisa, throughout the year you have leveraged eHealth Seminars. You completed four successful ones in 2003, continuing to leverage this resource will be important in 2004. During the year there have been many market events that required careful planning. You did a very thorough job of monitoring reach/ frequency and implementation of tactical plans around Vioxx events. You have made significant strides in learning the managed care marketplace and consistently delivering provider messages. You even created flags specific to some plans to simplify the pre call planning process. RFMs continue to be an important resource to leverage, there is an opportunity for you to schedule more RFMs in 2004. You should strive to always have one on the books for your key customers.

**5. Next Step** – *If you wish to continue processing Objectives, double-click the appropriate button to the right. Otherwise you may print and save this document or continue to* *Section C.*

Evaluate New Objective | Edit This Objective | Delete This Objective

* Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

Restricted
R Confidential
limited access

# MERCK

## Lisa Giacomini-Fay

**1. OBJECTIVE:** · Personal Development

Points (Weights): 10

**2. EVALUATE PERFORMANCE DIMENSIONS**

PERFORMANCE CONTINUUM

| Dimension | Delivered Significantly Below Objective | Delivered On Objective | Delivered Significantly Above Objective |
|---|---|---|---|
| • Results Achieved | | X | |
| • How Accomplished/Leadership | | X | |
| • Quality | | X | |
| • Timeliness | | X | |
| • Resource Utilization | | X | |
| • Innovation | | X | |
| • Compliance | | X | |

**3. EVALUATE OBJECTIVE OVERALL**

**4. DATA/EXAMPLES TO SUPPORT EVALUATION:**

Lisa, you had two personal development objectives for 2003. They are to implement QCS and to develop better managed care knowledge. While you have developed and demonstrated your increased understanding of the marketplace, you have not met expectations around the implementation of QCS. Being sure that the messages meet the needs of the customers will be a significant focus for you in 2004.

[Evaluate New Objective]   [Edit This Objective]   [Delete This Objective]

**5. Next Step** – *If you wish to continue processing Objectives, double-click the appropriate button to the right. Otherwise you may print and save this document or continue to Section C.*

*Any changes to the evaluation of an objective should be made by using the "Edit This Objective" button.

6

 Restricted
R Confidential
limited access

# Lisa Giacomini-Fay

Help

## Section B: Summary Evaluation on Objectives

The summary is automatically filled in with highest points (weights) first. You will NOT be able to manually fill in Section B

This is an at-a-glance summary of your overall evaluations of performance on each objective from Section A.

| Objective | Points (Weights) | *Delivered Significantly Below Objective* | *Delivered On Objective* | *Delivered Significantly Above Objective* |
|---|---|---|---|---|
| Quality Customer Selling | 30 | | X | |
| Meet or Exceed Planned Sales Objectives | 25 | | X | |
| Maximize Market Share Growth | 25 | | X | |
| Business Planning and Execution | 10 | | X | |
| Personal Development | 10 | | X | |
| | 100 | | | |

*Double-click* Refresh *if Section B does not automatically fill in or reflect changes you made.*

MERCK

Restricted
R Confidential
limited access

# Lisa Giacomini-Fay

Help

**Section C: Summary of Employee's Overall Performance and Identification of Strengths & Development Needs** (Completed by the manager)

Based on your evaluation of the employee's performance and demonstration of performance dimensions, summarize the employee's overall accomplishments and identify areas of strength and development needs.

Lisa, there were many market events to manage in the Springfield marketplace in 2003. You did provide sound business analysis support of those initiatives. Your peers enjoy your positive attitude and openness.

We have identified QCS as an opportunity for improvement in 2004. It will be our first priority on field visits. The give/get, and asking the right question is part of the QCS initiative. Being able to listen to the customers needs and translate those needs into appropriate messages and resources is a critical next step. You have demonstrated a sincere willingness to make efforts in these areas, and I'm am fully committed to getting you there.

MERCK

Restricted
R Confidential
limited access

# Lisa Giacomini-Fay

Help

**PART III: EMPLOYEE COMMENTS** (Optional; completed by the employee)

In this section, the employee has the opportunity to add comments (e.g., statements about the review itself, information the employee would like to see included in the Year-End Review).

| 2nd Level Manager Name: * | 2nd Level Manager Signature: * | Date: |
|---|---|---|

**2nd Level Manager signature required only if employee adds comments*

Help

**PART IV: SIGNATURES: ***

Written reviews should be signed by the manager and second level manager prior to the Year-End Review discussion with the employee. Following the discussion, the employee should also sign the form. If the Employee Comments section is used, the second level manager's signature is required in PART III, above.

| | | | |
|---|---|---|---|
| Employee Name: Lisa Giacomini-Fay | Employee Signature: [signature] | Date: 2-24-04 |
| Manager Name: Sarah Sullivan | Manager Signature: [signature] | Date: 2-24-04 |
| 2nd Level Manager Name: Mark Stevens | 2nd Level Manager Signature: [signature] | Date 3/26/04 |

*Note: Manager signatures indicate that the steps in the Year-End Review have been followed. The employee's signature indicates that the manager has discussed the Year-End Review with the employee; it does not signify that the employee agrees with the content of the evaluation provided.

MERCK

R Restricted Confidential limited access

# 2003 PERSONAL PERFORMANCE GRID - Representative

NAME
Lisa Giacomini-Fay
WEIN
10079863
GRADE 8

DIV/ORG/DEPT
USHH

TITLE PRII

PERFORMANCE PERIOD 2003

## PART I: DOCUMENTATION OF GRID OBJECTIVES

| Objective<br>*Results Achieved, How Accomplished/Leadership Competencies and Compliance* | Relative Importance | Data Source |
|---|---|---|
| ***Statement of Objective: Meet or exceed planned sales objectives.***<br>Results: Group PPO% – List Products here:<br>Compliance: Fosters an environment of high ethical standards. Actions are always in compliance with the letter and spirit of applicable regulations, policies, procedures and directions. Adheres to all medically/legally approved Merck materials.<br>Leadership: Actively demonstrates Merck's Leadership Principles, particularly: Know and Develop our Business (Focuses on the Customer; Integrates Ideas and Collaborates with Others; and Thinks and Acts Strategically) | 25% | FSPR |
| *Progress/Results Achieved: Fosamax PPO 99.2%, Vioxx PPO 99.4%, Zocor 98% Total Geograghy 96%* | | |

| Objective<br>*Results Achieved, How Accomplished/Leadership Competencies and Compliance* | Relative Importance | Data Source |
|---|---|---|
| ***Statement of Objective: Maximize market share growth.***<br>Results: Market Share Change – List Products here:<br>Compliance: Fosters an environment of high ethical standards. Actions are always in compliance with the letter and spirit of applicable regulations, policies, procedures and directions. Adheres to all medically/legally approved Merck materials<br>Leadership: Actively demonstrates Merck's Leadership Principles, particularly: Know and Develop our Business (Focuses | 25% | Performance Reports |

MERCK

Restricted
R Confidential
limited access

| Objective<br>*Results Achieved, How Accomplished/Leadership Competencies and Compliance* | Relative Importance | Data Source |
| --- | --- | --- |
| on the Customer; Integrates Ideas and Collaborates with Others; and Thinks and Acts Strategically) | | |
| *Progress/Results Achieved: Continue to increase market share with key products. Fosamax August RCQ NRX share change of 2.0*<br>*Vioxx Sept share change of 2.3.* | | |

| Objective<br>*Results Achieved, Quality of Work, Resource Utilization, Timeliness, Compliance, and How Accomplished/Leadership Competencies* | Relative Importance | Input From |
| --- | --- | --- |

MERCK

Restricted R Confidential limited access

| **Objective**<br>*Results Achieved, Quality of Work, Resource Utilization, Timeliness, Compliance, and How Accomplished/Leadership Competencies* | **Relative Importance** | **Input From** |
|---|---|---|
| ***Statement of Objective: Quality Customer Selling***<br><br>Results :<br>▪ Creates and leverages opportunities for product promotion through the effective development of customer relationships and the execution of quality customer selling to drive business results<br><br>Quality of Work :<br>▪ Effectively identifies customer beliefs and engages the customer in quality sales discussions based upon knowledge of the customers.<br>▪ Effectively differentiates Merck products within the context of competitor products, associated disease states and physician's patient management practices during sales discussions.<br>▪ Anticipates and confidently addresses product and disease questions and obstacles to generate confidence and product usage for Merck products.<br>▪ Gains and leverages access with customers to develop long-term relationships that deliver business results.<br>▪ Delivers targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offers solutions to Managed Care needs where applicable.<br><br>Resource Utilization:<br>▪ Conducts quality pre-call planning, post-call analysis and post-call communications with peers, in order to maximize the impact of customer interactions.<br>▪ Effectively utilizes appropriate approved resources to maximize the impact of the customer interaction.<br>▪ Leverages learning opportunities to learn and assimilate product/disease information and quality customer selling skills on an ongoing basis.<br><br>Timeliness : Responds to market events, customers, and co-workers in a timely manner.<br>Compliance: Provides customers with fair balance in sales discussions. Fosters an environment of high ethical standards. Actions are always in compliance with the letter and spirit of applicable regulations, policies, procedures and management direction. Plan and executes all Merck programs (EPI/RFM's) in accordance with all applicable policies and procedures.<br>Leadership: Actively demonstrates Merck Leadership Principles, particularly: Actions reflect a high degree of ethics, Continuously Learns, Focuses on the customer, Thinks and acts strategically, Integrates ideas and collaborates with others, Builds effective working relationships, and Capitalizes on opportunities to contribute. | 30% | Business Manager |

*Progress/Results Achieved: Continue to identify customer beliefs with physicians and engage in ongoing quality customer selling dicsussions. Precall planning with insight, merlin and P3 and followup with customer belief notes. Gains and leverages access with ERSP's, RFM's and sample appointments to gain insight into customer beliefs to effectively increase market share of key products. Successfully executed EPI speaker programs with regional and local speakers. Delivers target provider and payor messages specific to the customer needs. Responds to market events of seniorcare/medicaid with leadership among specialty and clustermates.*

MERCK

Restricted
R Confidential
limited access

| Objective<br>Results Achieved, Quality of Work, Resource Utilization, Timeliness, Compliance, and How Accomplished/Leadership Competencies | Relative Importance | Input From |
|---|---|---|
| ***Statement of Objective: Business Planning and Execution***<br>**Results:**<br>▪ Identifies opportunities to increase sales by regularly analyzing available data in order to develop and execute effective plans.<br>**Quality of Work:**<br>▪ Develops tactical plans that lead to the most effective customer interactions<br>▪ Proactively identifies changes in the healthcare or customer environment that can impact the business and uses that information to plan and execute plans.<br>▪ Utilizes knowledge of managed care situation to select appropriate payor messages for incorporation into customer interaction strategy.<br>▪ Demonstrates Teamwork, Integration and effective coordination of activities across the sales groups (Office-Based, Specialty, Hospital, Account Executives, etc.)<br>**Resource Utilization:**<br>▪ Uses Insight, Customer Belief Notes, Merlin, P3 and other similar tools with proficiency to thoroughly understand and analyze business data.<br>▪ Correctly and consistently utilizes appropriate reporting and planning tools such as the iPAQ and iMED systems.<br>▪ Demonstrates appropriate and judicious use of allocated resources (samples, EPI and RFM) for targeted customers based on knowledge of customers, therapeutic markets, and Merck policies.<br>▪ Effectively plans for, and conducts productive EPI programs with appropriate customers.<br>▪ Demonstrates sound financial stewardship while leveraging a diversity of internal resources.<br>**Timeliness:** Keeps abreast of customer/market information and incorporates into analysis to ensure timely planning. Fulfills all administrative expectations and responsibilities in a timely manner.<br>**Compliance:** Fosters an environment of high ethical standards. Actions are always in compliance with the letter and spirit of applicable Merck policies and procedures, and management direction.<br>**Leadership:** Actively demonstrates Merck Leadership Principles, particularly: Actions reflect a high degree of ethics, Capitalizes on opportunities to contribute, Focuses on the Customer, Thinks and Acts strategically, Integrates ideas and collaborates with others, Builds effective working relationships, and Communicates effectively. | 10% | Business Manager<br>Cluster Team |
| *Progress/Results Achieved:Analyze monthly physician level data to achieve increase in market share growth. Use of insight, customer belief notes, merlin, and p3 reports to help measure monthly sales progress. Effectively conducting E Health Seminars, RFM's and sample appointments to gain insight to customer beliefs. Implementing tactical plan around efficacy confidence and stock bottle initiative program among clustermates. Messaging around managed care opportunities with clustermates, physicians and pharmacies to leverage medicaid and senior care business. Teamwork with specialty and clustermates around sampling and senior care/mediaciad targets/pharmacies.* | | |

11/26/03

MERCK

Restricted Confidential limited access

## PART II: PERSONAL DEVELOPMENT OBJECTIVES

| Objective<br>*Quality of Work, Resource Utilization, Timeliness, Innovation, Compliance, and How Accomplished/Leadership Competencies* | Relative Importance | Input From |
|---|---|---|
| *Statement of Objective: Personal Development*<br>Performance Management:<br>▪ Actively participates in all aspects of the annual performance management process (sets objectives using the Personal Performance Grid, participates in mid-year and year-end reviews).<br>▪ Actively seeks feedback from manager and stakeholders as identified in the Personal Performance Grid.<br>Safe To Speak Up:<br>▪ Contributes to the success of "Speak Up" efforts in the work group.<br>Workload:<br>▪ Contributes to area workload initiatives by utilizing tools developed by Marketing/Sales Executive Committee work teams and by identifying areas of opportunity for work consolidation and process improvement.<br><br>-Also include any unique personal development Needs.<br>*utilize customer based selling<br>*continue to gain insight to managed care advocates in area<br>*continue to demonstrate leadership role as mentor, class counselor and representative in the Spfld area | 10% | Business Manager<br>Cluster Team |

*Progress/Results Achieved: utilize qualty customer selling with nurses and physicians, continue to leverage senior care /medicaid opportunites with key physicians, ~~conitue~~ to demonstrate leadership role omðng clustermates to gain market share with key products.*
continue

| | | | |
|---|---|---|---|
| | | | Date: 11/26/03 |
| Employee Signature: | [signature] | | |
| Manager Name: | Sarah Sullivan | Manager Signature: | Date: |

11/26/03

# OBR National Field Trip Report

| RR - DD- TTTT | Representative Name | WEIN | Field Visit Start Date | Today's Date |
|---|---|---|---|---|
| 33 - 55 - 0673 | Lisa Giacomini Fay | 10079863 | 2/3/2004 | 2/2/2004 |
| **Sales Team** | **Business Manager Name** | **# of Days** | **Prior FV Date** | **No of FVs YTD** |
| B5 | SULLIVAN, SARAH J. | 1 | 1/20/2004 | 2 |

| | Yes | No |
|---|---|---|
| Driver Safety Evaluation | | |
| Personal Dev. Reviews | | |

**Number of Key Customers Seen**

| | |
|---|---|
| 2003 Key Customers | 5 |
| Community Leaders | None |
| Speaker Advocates | None |

**Field Visit Objective**

Listening to customers' concerns.

Maximize short interactions.

| Product/Measure | TOTAL VIOXX | | | | TOTAL FOSAMAX | | | | TOTAL ZOCOR | | | | Product 4 | | | | Grp Prod | Geography | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nov-04 | YTD-Nov2003 | RCQ Nov2003 TRx COXIB | | Nov-04 | YTD-Nov2003 | RCQ Nov2003 TRx OSTEOPOROSIS | | Nov-04 | YTD-Nov2003 | RCQ Nov2003 TRx HMG | | Month | YTD | RCQ Market | | YTD-Nov2003 | Nov-04 | YTD-Nov2003 |
| | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | % PPO |
| Cluster 5673 | 105.9 | 100.1 | 33.2 | -0.2 | 81.6 | 96.8 | 40.0 | -1.0 | 92.5 | 97.6 | 21.2 | 0.2 | | | | | 98.0 | 93.1 | 95.4 |
| District 55 | 105.2 | 100.0 | 34.5 | -0.2 | 84.2 | 95.9 | 46.1 | -0.5 | 96.2 | 103.4 | 23.7 | -0.3 | | | | | 99.0 | 96.3 | 98.5 |
| Region 33 | 105.6 | 100.7 | 37.4 | -0.4 | 87.2 | 93.4 | 49.0 | -0.1 | 92.6 | 97.3 | 24.2 | -0.4 | | | | | | 94.9 | 98.3 |
| Nation | 102.5 | 101.1 | 38.4 | -1.1 | 88.2 | 94.4 | 52.8 | -0.4 | 89.4 | 96.0 | 23.3 | -0.4 | | | | | | 92.4 | 96.2 |
| Cluster Reg. Rank (New Rx for Share) | 9 | 9 | 16 | 4 | 14 | 2 | 16 | 16 | 7 | 9 | 11 | 2 | | | | | | 11 | 11 |

Significantly Below Objective | Met Objective | Significantly Above Objective | Not Assessed

## I. Meet or exceed planned sales objective

Not to exceed two lines of text.

## II. Maximize Market share growth

Not to exceed two lines of text.

## III. Quality Customer Selling

Creates and uses opportunities for product promotion through the effective development of customer relationships and the execution of quality customer selling to drive business results.

Effectively identifies customer beliefs and engages the customer in quality sales discussions based upon knowledge of the customers.

- Uses probing questions to uncover or confirm HCP beliefs and sources of beliefs in disease, treatment and/or product discussions.
- Selects relevant approved messages (integrated Product and/or Payor messages) and resources based on HCP beliefs and sources of beliefs to achieve sales results.
- Listens to HCP to understand HCP's perspective.
- Responds based on HCP verbal and nonverbal cues.

Effectively differentiates Merck products within the context of competitor products, associated disease states and physician's patient management practices during sales discussions.

- Dialogues with and provides HCP with relevant approved messages (integrated Product and/or Payor messages) based upon HCP beliefs confirmed/uncovered during the interaction to achieve sales results.
- Closes the interaction with a call to action based on HCP beliefs and the long term plan.

Anticipates and confidently addresses product and disease questions and obstacles to generate confidence and product usage for Merck products.

Gains and leverages access with customers to develop long-term relationships that deliver business results.

Delivers targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offers solutions to Managed Care needs where applicable.

Conducts quality pre-call planning, post-call analysis and post-call communications with peers, in order to maximize the impact of customer interactions.

- Selects relevant approved messages (integrated Product and/or Payor messages) and resources based on HCP beliefs and sources of beliefs to achieve sales results.
- Reviews Customer Belief Notes to identify long-standing beliefs and newly confirmed beliefs.
- Establishes a plan for each call based upon the plan for the HCP over multiple interactions.
- Selects or develops appropriate probing questions to confirm or uncover HCP's beliefs.
- Assesses HCP interaction and outcome after each call to identify means of enhancing call planning and execution in the future.
- Records new or confirmed existing beliefs in Customer Belief Notes, and where appropriate, also shares the information via MVX/cluster meetings with counterparts.

Effectively utilizes appropriate approved resources to maximize the impact of the customer interaction.

- Utilizes appropriate approved resources to discuss the relevant approved messages (integrated Product and/or Payor messages) based on HCP beliefs.

Leverages learning opportunities to learn and assimilate product/disease information and quality customer selling skills on an ongoing basis.

| Not to exceed two lines of text. | Lisa, today you did a much better job of listening. The pauses after the customers' responses allowed you the time to formulate a response. Continue to work on succinct give/get. |
|---|---|

| IV. Business Planning and Execution | Identifies opportunities to increase sales by regularly analyzing available data in order to develop and execute effective plans. |
|---|---|
| Develops tactical plans that lead to the most effective customer interactions. | |
| Proactively identifies changes in the healthcare or customer environment that can impact the business and uses that information to plan and execute plans. | |
| Utilizes knowledge of managed care situation to select appropriate payor messages for incorporation into customer interaction strategy. | |
| Demonstrates Teamwork, Integration and effective coordination of activities across the sales organization. | |
| Uses Insight, Customer Belief Notes, Merlin, P3 and other tools with proficiency to thoroughly understand and analyze business data. | |
| Correctly and consistently utilizes appropriate reporting and planning tools such as the IPAQ and iMed systems. | |
| Demonstrates appropriate and judicious use of allocated resources (samples, EPI and RFM) for key customers based on knowledge of customers, therapeutic markets, and Merck policies. | |
| Effectively plans and conducts productive EPI programs with appropriate customers. | |
| Demonstrates sound financial stewardship while using a diversity of internal resources. | |
| Timeliness - Keeps abreast of customer/market information and incorporates into analysis to ensure timely planning. | |
| Leadership - Actively demonstrates Merck Leadership Principles. | |
| Not to exceed two lines of text. | Lisa, today you scheduled an e Health Seminar with a very important customer, great job! |

| V. Personal Development | Actively involved in agreed upon personal development measures. |
|---|---|
| Not to exceed two lines of text. | Develop better managed care knowledge and QCS skills. |

| VI. Compliance | If "No" is selected, then appropriate documentation and corrective action to be taken. | Yes | No |
|---|---|---|---|
| Demonstrates compliance with all company policies and regulations. | | ☐ | ☐ |
| Provides balance in all product discussions. | | ☐ | ☐ |
| Dashboard Review | | ☐ | ☐ |

| Objective for next Field Trip. Not to exceed two lines of text. | Continue to work on listening. | Develop succinct messages and probing questions with a comparison. |
|---|---|---|

## OBR National Field Trip Report

| RR - DD- TTTT | Representative Name | WEIN | Field Visit Start Date | Today's Date |
|---|---|---|---|---|
| 33 - 55 - 0673 | Lisa Giacomini Fay | 10079863 | 3/16/2004 | 3/15/2004 |
| **Sales Team** | **Business Manager Name** | **# of Days** | **Prior FV Date** | **No of FVs YTD** |
| B5 | SULLIVAN, SARAH J. | 1 | 2/3/2004 | 3 |

| | Yes | No |
|---|---|---|
| Driver Safety Evaluation | ☐ | ☒ |
| Personal Dev. Reviews | ☐ | ☒ |

**Number of Key Customers Seen**

| | |
|---|---|
| 2003 Key Customers | 6 |
| Community Leaders | None |
| Speaker Advocates | None |

**Field Visit Objective**

Continue to work on listening.

Develop succinct messages and probing questions with a comparison.

| Product/Measure | TOTAL VIOXX | | | | TOTAL FOSAMAX | | | | TOTAL ZOCOR | | | | Product 4 | | | | Grp Prod | Geography | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec-04 | YTD-Dec2003 | RCQ Dec2003 TRx COXIB | | Dec-04 | YTD-Dec2003 | RCQ Dec2003 TRx OSTEOPOROSIS | | Dec-04 | YTD-Dec2003 | RCQ Dec2003 TRx HMG | | Month | YTD | RCQ Market | | YTD-Dec2003 | Dec-04 | YTD-Dec2003 |
| | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | Share | Change | % PPO | % PPO | % PPO |
| Cluster 5673 | 116.2 | 101.5 | 33.3 | 0.2 | 74.8 | 94.2 | 39.7 | -1.0 | 95.3 | 97.3 | 21.0 | -0.4 | | | | | 98.0 | 92.8 | 95.2 |
| District 55 | 112.2 | 100.9 | 34.5 | 0.0 | 82.1 | 94.5 | 45.8 | -0.6 | 100.8 | 103.1 | 23.5 | -0.6 | | | | | 99.0 | 97.6 | 96.4 |
| Region 33 | 111.8 | 101.6 | 37.4 | -0.2 | 88.4 | 93.0 | 48.9 | 0.0 | 96.3 | 97.2 | 24.0 | -0.7 | | | | | | 97.1 | 96.4 |
| Nation | 106.3 | 101.5 | 36.0 | -1.2 | 90.0 | 94.0 | 52.7 | -0.3 | 93.4 | 96.0 | 23.1 | -0.5 | | | | | | 94.7 | 96.2 |
| Cluster Reg. Rank (New Rx for Share) | 6 | 6 | 16 | 4 | 16 | 7 | 16 | 15 | 9 | 10 | 11 | 2 | | | | | | 12 | 11 |

Significantly Below Objective | Met Objective | Significantly Above Objective | Not Assessed

**Meet or exceed planned sales objective**

Not to exceed two lines of text.

**II. Maximize Market share growth**

Not to exceed two lines of text.

**III. Quality Customer Selling** — Creates and uses opportunities for product promotion through the effective development of customer relationships and the execution of quality customer selling to drive business results.

Effectively identifies customer beliefs and engages the customer in quality sales discussions based upon knowledge of the customers.

- Uses probing questions to uncover or confirm HCP beliefs and sources of beliefs in disease, treatment and/or product discussions.
- Selects relevant approved messages (Integrated Product and/or Payor messages) and resources based on HCP beliefs and sources of beliefs to achieve sales results.
- Listens to HCP to understand HCP's perspective.
- Responds based on HCP verbal and nonverbal cues.

Effectively differentiates Merck products within the context of competitor products, associated disease states and physician's patient management practices during sales discussions.

- Dialogues with and provides HCP with relevant approved messages (Integrated Product and/or Payor messages) based upon HCP beliefs confirmed/uncovered during the interaction to achieve sales results.
- Closes the interaction with a call to action based on HCP beliefs and the long term plan.

Anticipates and confidently addresses product and disease questions and obstacles to generate confidence and product usage for Merck products.

Gains and leverages access with customers to develop long-term relationships that deliver business results.

Delivers targeted provider and payor messages specific to the customer and their level of participation in Managed Care. Offers solutions to Managed Care needs where applicable.

Conducts quality pre-call planning, post-call analysis and post-call communications with peers, in order to maximize the impact of customer interactions.

- Selects relevant approved messages (Integrated Product and/or Payor messages) and resources based on HCP beliefs and sources of beliefs to achieve sales results.
- Reviews Customer Belief Notes to identify long-standing beliefs and newly confirmed beliefs.
- Establishes a plan for each call based upon the plan for the HCP over multiple interactions.
- Selects or develops appropriate probing questions to confirm or uncover HCP's beliefs.
- Assesses HCP interaction and outcome after each call to identify means of enhancing call planning and execution in the future.
- Records new or confirmed existing beliefs in Customer Belief Notes, and where appropriate, also shares the information via MVX/cluster meetings with counterparts.

Effectively utilizes appropriate approved resources to maximize the impact of the customer interaction.

- Utilizes appropriate approved resources to discuss the relevant approved messages (Integrated Product and/or Payor messages) based on HCP beliefs.

Leverages learning opportunities to learn and assimilate product/disease information and quality customer selling skills on an ongoing basis.

| Not to exceed two lines of text. | We discussed the need to engage customers in discussions around the competition. That was not done today and is a necessary to sell in this competitive market. |
| --- | --- |

| IV. Business Planning and Execution | Identifies opportunities to increase sales by regularly analyzing available data in order to develop and execute effective plans. |
|---|---|
| Develops tactical plans that lead to the most effective customer interactions. | |
| Proactively identifies changes in the healthcare or customer environment that can impact the business and uses that information to plan and execute plans. | |
| Utilizes knowledge of managed care situation to select appropriate payor messages for incorporation into customer interaction strategy. | |
| Demonstrates Teamwork, integration and effective coordination of activities across the sales organization. | |
| Uses Insight, Customer Belief Notes, Merlin, P3 and other tools with proficiency to thoroughly understand and analyze business data. | |
| Correctly and consistently utilizes appropriate reporting and planning tools such as the IPAQ and iMed systems. | |
| Demonstrates appropriate and judicious use of allocated resources (samples, EPI and RFM) for key customers based on knowledge of customers, therapeutic markets, and Merck policies. | |
| Effectively plans and conducts productive EPI programs with appropriate customers. | |
| Demonstrates sound financial stewardship while using a diversity of internal resources. | |
| Timeliness - Keeps abreast of customer/market information and incorporates into analysis to ensure timely planning. | |
| Leadership - Actively demonstrates Merck Leadership Principles. | |
| Not to exceed two lines of text. | Today we discussed some upcoming programs and e Health Seminars. Please try to have one e Health Seminar each month. |

| V. Personal Development | Actively involved in agreed upon personal development measures. |
|---|---|
| | |
| Not to exceed two lines of text. | |

| VI. Compliance | If "No" is selected, then appropriate documentation and corrective action to be taken. | Yes | No |
|---|---|---|---|
| Demonstrates compliance with all company policies and regulations. | | ☒ | ☐ |
| Provides balance in all product discussions. | | ☒ | ☐ |
| Dashboard Review | | ☒ | ☐ |

| Objective for next Field Trip. Not to exceed two lines of text. | Review Bauer reprint and Celebrex PI. | Sell competitively. | Review routing. |
|---|---|---|---|

Start June 1, 2004

**MEMO**

TO: Lisa Giacomini-Fay
LOC: Field

FROM: Michael Keen
LOC: Field

SUBJECT: 30 Day Warning Letter
DATE: 05/10/04

During the past six months, your performance has not met expectations. On numerous occasions, your manager has identified the key area that needs improvement as Quality Customer Selling. These discussions have not resulted in the improvements required in order for you to meet the performance standards of a Professional Representative II.

Because of the inconsistencies in your performance, this 30 Day Warning Letter serves as a notice that your performance is expected to improve immediately as set forth in the plan below. I expect to see immediate and sustained improvement in these areas in the manner outlined below. Please understand that failure to achieve an acceptable level of performance improvement in these areas will lead to implementation of a formal Performance Improvement Plan ("PIP").

## AREAS OF IMPROVEMENT

**1. Uncovers/ clarifies beliefs and sources of beliefs through questioning, listening and observing the HCP and office staff.**

**Expectation:**

During an interaction, Professional Representatives must listen without an agenda and observe the Health Care Professional's (HCP) non-verbal cues to fully discover their beliefs and sources of beliefs, rather than assuming those beliefs, and detailing based upon assumptions that may be incorrect..

**Failure to Meet Expectations:**

During the field visit conducted on 12/03/2003, a customer asked you about a study for a competitive bisphosphonate. The physician got the study in question from his desk. When asked what you thought about it, you responded, "Doctor, are you just giving me a hard time?". The discussion ended quickly. While the customer may have been kidding, this is not a customer with whom we frequently get access, and an assessment of whether or not he was serious was merited. The expectation of a representative would have been to clarify the question, address the misperception, and then transition to approved promotional messaging for the Merck product.

On a field visit conducted on 4/28/2004, you had an extended discussion regarding VIOXX with a customer. The customer revealed to us that he had concerns regarding hypertension and edema. He mentioned that he did not write many coxibs, because he had never seen a GI bleed in his practice and he was far more concerned with potential cardiovascular adverse events. During the discussion on adverse events, you began discussing the VIGOR GI data for VIOXX. The customer had made it clear that this attribute was not of interest to him, and your response demonstrated that you were not listening to his

concerns. The expectation for a representative performing at standards would have been to address the cardiovascular concerns that were brought up by the customer.

**Required Improvement:**

Merck sales representatives are expected to ask probing questions, listen to the customers' beliefs and concerns, and address them as they arise. You are then expected to clarify any comments from the customers in order to determine beliefs and sources of beliefs. Once identified, it is expected that you would address the beliefs before transitioning back to current, approved promotional messages. On future field visits, I expect you to listen to and observe both verbal and non-verbal cues very carefully to address and uncover the HCP's beliefs.

**Measurement:**

Your performance will be measured through field visit observations. Management will be working with you more frequently through the next 30 days to observe and offer feedback.

**2. Uses probing questions at appropriate points in the dialogue to identify/ confirm HCP's beliefs and their sources.**

**Expectation:**

Representatives are expected to use probing questions during the interactions with HCPs. Probing questions should not be used as openings. Rather, they should be used after the representative offers a message on the Merck product. These questions often ask the customer to draw a comparison to their clinical experiences.The comparison is meant to engage the customer in a dialogue about Merck's products.

**Failure to Meet Expectations:**

On field visits dated 12/3/2004, 1/20/2004, and 4/28/2004 it was documented that you performed below expectations on this parameter. Your questions often were too simple, and could be answered by a simple yes or no. Such as, "Is Vioxx working for you?" or "Do you need samples?"

**Required Improvement:**

On future field visits, you are expected to ask probing questions that relate an approved promotional message to the customer's clinical practice or to gain insight into how the customer perceives the Merck product in comparison to competitive products. These probing questions are meant to discover customer beliefs and their sources. If done correctly, the information gained will be helpful in customizing messages so that every physician is not getting the exact same discussion points.

**Measurement:**

Your performance will be measured through field visit observations. Michael Keen will be working with you more frequently through the next 30 days to observe and offer feedback. Before the calls on our field visits, I expect you to proactively discuss the probing questions you intend to ask and where in the discussion it will be most appropriate to ask those questions.

**3. During the interaction, the Professional Representative handles obstacles by confidently answering HCP's questions and providing relevant approved information and resources to change HCP's beliefs and behaviors over time.**

**Expectation:**

As a Merck Professional Representative, it is an expectation that you'll be able to confidently address obstacles. Obstacles should be clarified and addressed. After the obstacle has been addressed, you should confirm that the customer's concern has been addressed and then transition to approved promotional messages.

**Failure to Meet Expectations:**

On the 4/28/2004 field visit, the customer mentioned a concern about cardiovascular side effects with one of our products. Instead of answering it, you looked to your manager to answer it. The manager started the conversation, but you didn't re-engage on the topic. After the call, when the manager asked you about next steps you mentioned bringing in a speaker or electronic health seminar. These solutions may be helpful, but they failed to immediately respond to the customer's concern, which you could have done during the call.

**Required Improvement:**

When a customer brings up an obstacle you should first clarify his/her concern so that you know the source of the question. When you've clarified the concern, you should present information to address it, confirm that it has been addressed and then transition back to approved promotional messages.

**Measurement:**

Your performance will be measured through field visit observations. Management will be working with you more frequently through the next 30 days to observe and offer feedback on your ability to handle obstacles.

**Conclusion**

Your performance will be monitored against this warning letter over the next 30 days. It is important for you to understand that unless you show immediate and sustained improvement in these areas, you may be placed on a Performance Improvement Plan. Your continued employment depends on immediate improvement. If you demonstrate improvement, then your overall performance will be evaluated at the end of the thirty-day period. You also need to understand that successful completion of this plan will not relieve you from continued compliance with the expectations set forth in this document. In short, we need to see immediate and sustained improvement in these areas both in the short and long term.

It is my sincere desire that you turn the present situation around and remain employed with the Company. I will make myself available to help you in every reasonable way. If you have any questions about this document or what I expect from you, please ask.

I will work with you twice during the next 30 days. I will follow-up with formal written documentation of your progress. The ultimate responsibility for your success or failure is your own. I hope that you take advantage of this opportunity to turn this situation around.

Signed:
(Business Manager)

Date:
5-25-04