E-FILED
Tuesday, 26 December, 2006  10:20:31 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LISA GIACOMINI-FAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-CV-3104 |
| MERCK & CO., INC. | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

The undersigned employee of GATES, WISE & SCHLOSSER, P.C., on oath states:

That the **Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Response to Defendant's First Request for Production of Documents** were served upon each of the addresses hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addresses, affixing first class postage thereto, and depositing the same with the U.S. Mail at Springfield, Illinois on this 26th day of December, 2006, at 5:00 p.m., in Springfield, IL:

*Copy:*   Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603

I hereby certify that on December 26, 2006, I electronically filed the **Certificate of Service for Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Response to Defendant's First Request for Production of Documents** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Steven J. Pearlman
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603

**s/Bradley B. Wilson**
Bradley B. Wilson, Bar Number: 6238373
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703
Telephone: 217/522-9010
Fax: 217/522-9010
E-Mail: brad@gwspc.com