## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| LISA GIACOMINI-FAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-CV-3104 |
| | ) |
| MERCK & CO., INC. | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

The undersigned employee of GATES, WISE & SCHLOSSER, P.C., on oath states:

That the **Plaintiff's Second Supplemental Response to Defendant's First Request for Production of Documents** was served upon each of the addresses hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addresses, affixing first class postage thereto, and depositing the same with the U.S. Mail at Springfield, Illinois on this 13th day of April, 2007, at 5:00 p.m., in Springfield, IL:

*Copy:*     Steven J. Pearlman
            Seyfarth Shaw LLP
            131 South Dearborn Street
            Suite 2400
            Chicago, IL 60603

I hereby certify that on April 13, 2007, I electronically filed the **Certificate of Service for Plaintiff's Second Supplemental Response to Defendant's First Request for Production of Documents** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

            Steven J. Pearlman
            Seyfarth Shaw LLP
            131 South Dearborn Street
            Suite 2400
            Chicago, IL 60603

**s/Bradley B. Wilson**
Bradley B. Wilson, Bar Number: 6238373
Gates, Wise & Schlosser, P.C.
1231 South Eighth Street
Springfield, IL 62703
Telephone: 217/522-9010
Fax: 217/522-9010
E-Mail: brad@gwspc.com