IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, DIVISION

| | | |
|---|---|---|
| LISA GIACOMINI-FAY, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Jeanne E. Scott |
| | ) | |
| v. | ) | Magistrate Judge Charles E. Evans |
| | ) | |
| MERCK & CO., INC., | ) | Case No. 3:06-CV-03104-JES-CHE |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNCONTESTED MOTION FOR LEAVE TO SUBSTITUTE COUNSEL**

Defendant, Merck & Co, Inc. ("Merck"), by and through its attorneys, respectfully requests leave to substitute one of its current counsel of record in the above matter, S. Leigh Jeter of Seyfarth Shaw LLP, with Marc R. Jacobs of Seyfarth Shaw LLP. In support of this motion, Merck states as follows:

1. Merck retained Seyfarth Shaw LLP to represent it in the above-captioned matter. S. Leigh Jeter, and Steven J. Pearlman of Seyfarth Shaw LLP, appeared on Merck's behalf.

2. Ms. Jeter has resigned from Seyfarth Shaw LLP and Merck wishes to substitute Marc R. Jacobs of Seyfarth Shaw LLP for Ms. Jeter as its counsel of record and trial counsel.

3. Marc R. Jacobs' application for reciprocal admission to become a member of the bar for the Central District of Illinois has been filed with this Court and is currently pending.

4. On June 11, 2007, Plaintiff's counsel confirmed that he has no objection to the instant request to substitute counsel.

5. The requested substitution of counsel will not prejudice Plaintiff or case undue delay.

CH1 11234422.1

WHEREFORE, Defendant Merck & Co., Inc. respectfully requests that the Court grant this motion for an order for leave to substitute Marc R. Jacobs of Seyfarth Shaw LLP for S. Leigh Jeter of Seyfarth Shaw LLP.

**DATED: June 12, 2007**                Respectfully submitted,

                                               Merck & Co., Inc.

                                               By: /s/ Steven J. Pearlman
                                                     One of its Attorneys

S. Leigh Jeter
Steven J. Pearlman
Seyfarth Shaw LLP
131 S. Dearborn
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

-2-

**CERTIFICATE OF SERVICE**

I, Steven J. Pearlman, hereby certify that on June 12, 2007, I electronically filed the foregoing **Defendant's Uncontested Motion for Leave to Substitute Counsel** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Bradley B. Wilson
> GATES WISE & SCHLOSSER PC
> 1231 S. 8th Street
> Springfield, IL 62703-2516

By:   /s/ Steven J. Pearlman

CH1 11234422.1