#### IN THE UNITED STATED DISTRICT COURT
#### FOR THE CENTRAL DISTRICT OF ILLINOIS
#### SPRINGFIELD DIVISION

| | | |
|---|---|---|
| **LISA GIACOMINI-FAY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:06 - CV- 03104 |
| | ) | |
| **MERCK & CO., INC.** | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR DISMISSAL

NOW COMES the Plaintiff, LISA GIACOMINI-FAY, to stipulate that the above-captioned matter has been fully settled and compromised and should be shown as dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

    s/Bradley B. Wilson
    Attorney for Plaintiff
    Bradley B. Wilson (#6238373)
    Gates, Wise & Schlosser, P.C.
    1231 South Eighth Street
    Springfield, IL 62703

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Steven J. Pearlman (spearlman@seyfarth.com)

                                                              s/Bradley B. Wilson
                                                              Bradley B. Wilson Bar #6238373
                                                              Gates, Wise & Schlosser, P.C.
                                                              1231 South Eighth Street
                                                              Springfield, Illinois  62703
                                                              Telephone: 217/522-9010
                                                              Facsimile: 217/522-9020
                                                              E-mail: brad@gwspc.com